# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<table>
<tr><td>IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINTS AND SEARCH WARRANTS</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>MJ No. 17-5075-JGD<br><br>Through MJ No. 5084-JGD<br><br>**FILED UNDER SEAL**</td></tr>
</table>

## AFFIDAVIT OF CARL RIDEOUT

## INTRODUCTION

I, Carl Rideout, a Special Agent with the Drug Enforcement Administration (DEA), state as follows:

1. I am a Special Agent with the DEA assigned to Massachusetts. As a Special Agent, I am an investigative or **law enforcement officer** of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. **I have been a Special Agent with the DEA since November 1999.** I am currently assigned to the New Bedford, Massachusetts, Resident Office of the New England Field Division. I have a Bachelor of Science degree in Criminal Justice from Northeastern University. During my employment with the DEA, I have participated in numerous investigations relating to the distribution of controlled substances, including heroin, cocaine, marijuana, ecstasy, illegal prescription drugs and other substances in violation of the federal anti-drug laws. I have participated in numerous other investigations in different capacities, such as monitoring wiretapped conversations,

conducting physical surveillance, executing search and arrest warrants, and employing other investigative methods. Those investigations have resulted in arrests and convictions for violations of the drug laws, the seizure of drugs and firearms, and the forfeiture of money and property. I have received training in the field of narcotics enforcement, investigations, and apprehension of narcotics offenders from the DEA Basic Academy in Quantico, Virginia. Through my training and experience, I am familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the trafficking of illegal drugs. Among other things, I am familiar with the typical price, packaging, and method of sale of narcotics in various parts of the United States, including Massachusetts.

3.      Based on my **training and experience**, I am also aware that drug traffickers commonly use cellular telephones to communicate about and further their drug trafficking activities, but are aware of law enforcement's use of electronic surveillance, and thus frequently change cellular telephone numbers, use multiple cellular phones at the same time, and use prepaid cellular phones (where the subscriber of the phone is not required to provide personal identifying information) all in an effort to thwart law enforcement's use of electronic surveillance. I am also aware that drug traffickers often speak in vague, guarded, or coded language when discussing their illegal business in an effort to further prevent detection and often use text messages in lieu of phone calls to avoid speaking over the telephone.

4.      I am the case agent in the **investigation of two drug trafficking organizations** (DTOs), one in Taunton operated by Fernando HERNANDEZ, and the other in Boston operated by a Dominican male known as Fernando RIVERA-RODRIGUEZ, a/k/a

"Antonio Moraima," a/k/a "UM 1658," a/k/a "ALEX," (hereafter "ALEX"). During my work on this investigation, I have reviewed reports prepared by agents and discussed this case and other related cases with agents and state and local law enforcement officers who have been involved in these investigations. I have also supervised the interception of communications occurring over certain Target Telephones during various periods in this investigation from June, 2016, to the present. I submit this affidavit based upon personal knowledge derived from my participation in this investigation and information that I have received from a variety of other sources, including law enforcement officers and agents, confidential sources, public records, bank records, lawfully intercepted wire communications, telephone toll records, and pen register and trap and trace information. This affidavit is being submitted for the limited purpose to support of applications for the referenced criminal complaints, arrest warrants, and search warrants. I have not, therefore, set forth each and every fact learned during the course of this investigation.

5.     **Purpose of the Affidavit.** This affidavit is being submitted in support of applications for **criminal complaints and arrests warrants** for:

     1) Fernando HERNANDEZ, a/k/a "Mora;"

     2) Jose ARIAS;

     3) Marisa RUIZ;

     4) John TANGUAY;

     5) Omar GUZMAN;

     6) Stephanie O'SULLIVAN;

     7) Crystal RIVERA;

     8) Daniel WREN;

9) Roger LONGMIRE; and

10) Carlos Miguel GONZALEZ-FIGUEROA, a/k/a UM 8639/0388;

as well as

11) Fernando RIVERA-RODRIGUEZ, a/k/a "ALEX,";

12) Jeffrey FREITAS;

13) Glendalee RODRIGUEZ;

14) Wilmi HERNANDEZ-DIAZ;

15) Jose CAMACHO, a/k/a "TRAGA;"

16) Yeurys TEJEDA, a/k/a "SANTOS;"

17) Juan MORALES-ORTIZ, a/k/a "JOSIEL;"

18) Jancer SOTO;

19) Jose NEGRON, a/k/a Edwin PADILLA, a/k/a "Luisito BULTO;"

20) Jose R. NARVAEZ-ARROYO, a/k/a UM 6922, a/k/a "PACHA;"

21) Malvin BERRIOS, a/k/a "BORI," a/k/a UM 3101;

22) David TEJEDA; and

23) Isis Y LUGO-GUERRERO, a/k/a "Izzy;" (collectively, the "Target Subjects").

It is also being submitted in support of applications for **search warrants for the following locations**, which are the residences of the Target Subjects noted in parentheses:

A) ⬛⬛⬛⬛⬛⬛ Second Floor Apartment, Mattapan, MA 02126 (ALEX);

B) ⬛⬛⬛⬛⬛⬛ Apartment #1, Fall River, MA 02721 (RODRIGUEZ);

C) ⬛⬛⬛⬛⬛ Apt #6, Boston, MA 02125 (Jancer SOTO);

D) ⬛⬛⬛⬛⬛⬛ Second Floor, Boston, MA, (HERNANDEZ-DIAZ);

E) ⬛⬛⬛⬛ Bridgewater, MA 02324 (Jeffrey FREITAS);

4

F) ▮▮▮▮▮▮▮ Apartment #3, Dorchester, MA (Isis Y LUGO-GUERRERO);

G) ▮▮▮▮▮▮▮▮ Apartment 6, Boston, MA (Jose NEGRO);

H) ▮▮▮▮▮▮▮ 2nd Floor Apartment #3, Fall River, MA (BERRIOS);

I) ▮▮▮▮▮▮▮▮ New Bedford, MA (David TEJEDA); and

I am further seeking search warrants in the District of Rhode Island for: ▮▮▮▮▮▮ ▮▮▮▮ 2nd Floor Apartment, Providence, RI (HERNANDEZ); and ▮▮▮▮▮▮▮ Apartment #2, Providence, RI (Carlos Miguel GONZALEZ-FIGUEROA) (the "Target Locations").

6.      **Target Offenses.** There is probable cause to believe that Target Subjects have conspired to distribute controlled substances, in violation of 21 U.S.C. §841(a)(1) and 21 U.S.C. §846.   There is probable cause to believe that evidence of the following offenses will be seized at the Target Locations: the possession and distribution of controlled substances, in violation of 21 U.S.C. §841(a)(1); the use of a communication facility in the commission of narcotics trafficking offenses, in violation of 21 U.S.C. §843(b); conspiracy to commit narcotics trafficking offenses, in violation of 21 U.S.C. §846; money laundering, in violation of 18 U.S.C. §1956; use of a firearm in furtherance of drug trafficking and crimes of violence, in violation of 18 U.S.C. §924(c); and Hobbs Act robbery, in violation of 18 U.S.C. §1951 (collectively, "Target Offenses").

7.      **Summary of Investigation**. Between **November of 2015 and May of 2016**, a confidential informant (CI) made six controlled purchases of heroin or fentanyl from HERNANDEZ.   At various times from **June 2016 through the present**, DEA investigators conducted court-authorized wire and electronic interceptions over cellular telephones used by HERNANDEZ, ALEX, and Jancer SOTO, and intercepted thousands

of communications among the Target Subjects. Investigators have also conducted additional investigation, including physical surveillance, enhanced surveillance (including the use of surveillance cameras outside of HERNANDEZ's ▮▮▮▮▮ residence, FIGUEROA's ▮▮▮▮▮ residence, and ALEX's ▮▮▮▮▮ residence; and so-called tracking warrants for vehicles used by ALEX and Glendalee RODRIGUEZ, and for cellular telephones used by HERNANDEZ, ALEX, SOTO, MORALES-ORTIZ, HERNANDEZ-DIAZ, NARVAEZ-ARROYO, and NEGRON), records analysis, and other investigative techniques in coordination with the interception of wire and electronic communications.

8.      **Drug Seizures and Attempted Robberies.**  In addition to revealing probable cause to believe the Target Subjects are committing the Target Offenses at the Target Locations, the investigation has led: to the seizure of fentanyl distributed by HERNANDEZ and Roger LONGMIRE on **August 17, 2016**; and to the seizure of fentanyl and heroin distributed by ALEX at the direction of Jeffrey FREITAS on **December 29, 2016**.  In addition, the investigation revealed numerous robberies or attempted robberies and thefts from other drug dealers by ALEX and his associates, including an attempted robbery in New Bedford on **November 3, 2016,** that was thwarted by investigators, and an unsuccessful attempted robbery in Boston on **January 5, 2017**.  Those incidents are set forth in detail below, along with summaries of representative intercepted communications during each authorized period of interception.   Following that, the probable cause for each Target Subject and Target Location is summarized.

**1.) <u>JUNE 22 TO JULY 21, 2016:  HERNANDEZ</u>**

9.      **On June 22, 2016**, the Honorable Nathaniel M. Gorton, United States District Judge for the District of Massachusetts, authorized the interception of wire communications occurring over ▓▓▓▓**9202** (TT #1) and ▓▓▓▓**2764** (TT #3), two phones used by HERNANDEZ.   Interceptions began on **June 22, 2016 and terminated on July 21, 2016**.

10.     **The intercepted communications and additional investigation revealed that HERNANDEZ was operating a DTO in Taunton distributing heroin and fentanyl.** The DTO also included Jose ARIAS, Marisa RUIZ, Omar GUZMAN, and Crystal RIVERA.   The DTO was supplied by ALEX, Carlos Miguel GONZALEZ-FIGUEROA, and others.   The DTO's customers, who also re-distributed heroin and fentanyl to others, included John Paul TANGUAY, Stephanie O'SULLIVAN, Daniel WREN, Roger LONGMIRE, and many others. HERNANDEZ and ARIAS transported heroin and fentanyl daily from their residence in Providence, RI to Taunton, MA for distribution.

11.     **Based on physical surveillance and pole cameras, I know that HERNANDEZ lives in Providence, but sells heroin and fentanyl in and around Taunton.**   During the interception period, he used two primary locations from which to distribute heroin and fentanyl: RUIZ's residence at ▓▓▓▓▓▓ Apt 2, and GUZMAN's residence at ▓▓ ▓▓▓▓▓▓ 3rd floor Apartment, both in Taunton, MA.   Set forth below are summaries of representative communications that demonstrate their roles and their interactions with customer/re-distributors TANGUAY, O'SULLIVAN, and WREN.   The calls below are

only a small sample. Investigators intercepted hundreds of calls each day that concerned the operation of HERNANDEZ's DTO.

12.     **Call 253. On June 23, 2016 at 5:04 pm,** HERNANDEZ called ▮▮▮▮7872 and spoke to JP TANGUAY, who asked if HERNANDEZ was, "still where you went yesterday or are you back?" They agreed to meet on the third floor on ▮▮▮▮▮ in twenty minutes. **Call 259.   At 5:32 pm,** HERNANDEZ called ARIAS (▮▮▮▮8142) and said, "John is going there now, John Paul." ARIAS said, "Alright." **Call 261.   At 5:32 pm,** HERNANDEZ called TANGUAY and said he was "going there now." TANGUAY said, "I'll come, and I need a seven and a half." HERNANDEZ said, "Okay." **Call 262. At 5:47 pm,** HERNANDEZ called ARIAS and said, "John wants seven and a half." **Calls 269, 270.   At 5:58 pm,** TANGUAY told HERNANDEZ the door was locked and HERNANDEZ told ARIAS, "Open the door for John. He's downstairs." Based on my training and experience, I believe that "seven and a half" refers to seven and a half grams of heroin or fentanyl and that HERNANDEZ instructed TANGUAY to meet HERNANDEZ or ARIAS at the ▮▮▮▮ apartment in order to distribute the drugs to TANGUAY.

13.     **Call 484.   On June 24, 2016 at 3:24 pm,** HERNANDEZ received a call from Marisa RUIZ (▮▮▮▮1304) who said "the stuff your son gave me doesn't work." HERNANDEZ asked how much she had and RUIZ replied, "twenty." Based on my training and experience, I believe she was telling HERNANDEZ that the 20 grams of drugs ARIAS delivered were poor quality. **Call 486.   At 3:31 pm,** HERNANDEZ called GUZMAN (▮▮▮▮1449) and said he had received complaints and wanted to "switch it up." "Bring me what is over there now. I'm here at the pizza place. Bring it now so I

can bring it." GUZMAN said, "Okay." Based on my training and experience, I believe HERNANDEZ was instructing GUZMAN to return to him the drugs that had been delivered, and to obtain a different batch because of the complaints about quality. **Call 640. At 8:27 pm,** HERNANDEZ called RUIZ and told her to "give two to Omar" (GUZMAN). RUIZ said, "I put the product on the scale and it says 28.5 and 29.36 with the bags, not 34. HERNANDEZ argued that the weight was different. Based on my training and experience, I believe HERNANDEZ was instructing RUIZ to distribute two different batches to GUZMAN to replace what he was going to return. I further believe that RUIZ was noting a discrepancy in the weight of bags containing drugs, because they weighed only 28 and 29 grams, not 34 grams as she was expecting. **Call 693. At 10:10 pm,** HERNANDEZ received a call from RUIZ who asked if HERNANDEZ could bring "another twenty" and said that "someone is coming later to get 10." HERNANDEZ said he had that amount, and they discussed how to meet. Based on my training and experience, I believe RUIZ was requesting an additional 20 grams of heroin or fentanyl from HERNANDEZ in part to distribute to a customer who wanted 10 grams of heroin or fentanyl.

14. **TT #1 Call 1068. On July 3, 2016 at 11:37 am,** HERNANDEZ received a call on TT #1 from ███████7232 and spoke to Crystal RIVERA, who said, "John [TANGUAY] doesn't want 20, he wants 12." HERNANDEZ replied, "If he has money, whatever he wants." RIVERA said that Jose [ARIAS] or HERNANDEZ have to come down with her because she doesn't have enough stuff with her. HERNANDEZ said that he did. RIVERA said, "JP [TANGUAY] asks for a certain amount, but he never has enough money." Based on my training and experience, I believe RIVERA was informing HERNANDEZ that

TANGUAY wanted to purchase 12 grams of heroin and/or fentanyl, which HERNANDEZ said was "fine, as long as he had the money to pay for it." RIVERA then said she did not have "enough stuff," meaning heroin and/or fentanyl.

15.     **Calls 5618, 5630, 5663, 5697, 5700.   On July 9, 2016 at 9:05 am,** HERNANDEZ called TANGUAY (          7085) and TANGUAY said "I need 25, like now."   He asked "how long," and HERNANDEZ said, "Let me call her." **At 9:47 am,** HERNANDEZ called RIVERA (          7232) and asked if she was "up."   RIVERA said "the phone was ringing and ringing," and HERNANDEZ said, "It was me, and maybe John Paul." HERNANDEZ instructed RIVERA to get up, call John, and tell him when she would be there.    **At 11:10 am,** HERNANDEZ asked, "How many you telling me, 30?" TANGUAY replied, "Yeah, is that what you want to do?   Cause I got a thousand dollars, that's what I said."   HERNANDEZ said, "I put 30, you give me the rest of the money tomorrow, right?"   TANGUAY said okay.   **At 12:36 pm,** HERNANDEZ called TANGUAY back and TANGUAY complained that, "the shit is mad weak," and that it is "the same shit he has had for the past days. It is weak, it has too much cut and tastes like nothing."   TANGUAY said that he, his girlfriend, and his brother-in-law "already did a line, and there is no taste."   **At 12:47 pm,** HERNANDEZ called RIVERA again and RIVERA said, "This thing is not good." HERNANDEZ said, "Come and we'll change it when you come down." RIVERA said, "You didn't do it complete." HERNANDEZ said, "It was a thing that was there."     RIVERA said, "He is complaining and he wants his 1,000 back if it's not fixed." HERNANDEZ told RIVERA to "come over. We will change it. **At 12:57 pm,** HERNANDEZ called RIVERA again and asked when she was coming.   She said "half an hour."   Based on my training and experience, I believe that in these

communications, TANGUAY ordered 30 grams of heroin and/or fentanyl from HERNANDEZ, received it from RIVERA, used it along with his girlfriend and his brother-in-law, and called HERNANDEZ back to complain that the drugs were too weak because they had too much cut.

16.    **Calls 5897, 5898.  On July 9, 2016 at 4:29 pm,** HERNANDEZ called Stephanie O'SULLIVAN (⬛⬛⬛7897).  She asked for "five," and HERNANDEZ told her to "go to Marisa's house."  HERNANDEZ then called RUIZ (⬛⬛⬛5217) and asked if she was "going to her house."  RUIZ said, "Yes, like in three minutes."  HERNANDEZ told RUIZ that "Stephanie called. She wants five.  I am going to tell her to go to MARISA's."  Based on my training and experience, I believe that in these calls, O'SULLIVAN ordered 5 grams of heroin and/or fentanyl and HERNANDEZ arranged for her to receive it from RUIZ at "Marisa's."

17.    **Calls 5935, 5938.  On July 9, 2016 at 5:51 pm,** HERNANDEZ received a call from Danny WREN (⬛⬛⬛6458, subscribed to Gloria Frizado of ⬛⬛⬛⬛⬛, Taunton, MA), who said, "I need 20 more."  HERNANDEZ replied, "Okay, let me see, 40 minutes?"  WREN said, "Alright. Can you bring me a different batch from that shit from yesterday?" HERNANDEZ said, "I have a good shit today."  WREN said, "You have a different shit?  Cause people didn't like that shit."  **At 5:59 pm,** RUIZ (⬛⬛⬛ 5217) called HERNANDEZ, who asked, "Can you do me a favor now? Can you sell 20 to a guy at my price?  I will give you 3 once I get there.  Do you remember the tall white guy?"  RUIZ replied, "Oh, yes, yes, yes.  He is fat right?"  HERNANDEZ said, "Yes.  I want you to sell him 20 pesos."  Based on my training and experience, I believe in these calls, WREN ordered 20 grams of heroin and/or fentanyl from HERNANDEZ and

complained about the quality of the last batch of drugs he obtained. HERNANDEZ assured him he had a better quality product today and arranged for RUIZ to distribute it to him.

18.     **Calls 6483, 6653.   On July 11, 2016 at 9:26 am,** RUIZ called HERNANDEZ and asked, "How much are you sending to me?"   HERNANDEZ replied, "How much do you want, fifty?"   RUIZ answered, "Like seventy." Based on my training and experience, I believe RUIZ was asking HERNANDEZ to send her an additional 70 grams of heroin or fentanyl.   **At 4:18 pm,** HERNANDEZ called RUIZ, who said she was at Stephanie's house. HERNANDEZ directed RUIZ to see "Bamboo" (the nickname for a regular customer) and "give him five."   HERNANDEZ asked RUIZ if he could give Bamboo her phone number. RUIZ said that would be "okay."   **At 4:19 pm,** HERNANDEZ called Bamboo and said that he was "going to give him Marisa's number," and that she was "already waiting for him at Stephanie's." HERNANDEZ directed Bamboo to go to Stephanie's at ███████.   HERNANDEZ then told Bamboo that Marisa's number was ██████5217.   Based on my training and experience, I believe HERNANDEZ was arranging for RUIZ to distribute to Bamboo five grams of heroin and/or fentanyl. On this date, investigators conducted physical surveillance of HERNANDEZ as he drove from Providence and conducted various meetings in Taunton.   Surveillance was terminated when, after acting in a surveillance-conscious manner, HERNANDEZ said in several intercepted communications that he was being followed by law enforcement.   For example, **at 11:40 am (Call 6530),** HERNANDEZ called TANGUAY and asked if he saw the "black GMC."   He then called RUIZ and asked if she saw "the SUV."   She said she "saw it three times" and HERNANDEZ said to "be careful of John Paul."   HERNANDEZ

then received a call from GUZMAN, and they discussed whether TANGUAY might be a "snitch" and how "a black tinted SUV and a silver Durango" were following them. Based on my training and experience, I believe these surveillance conscious communications and actions provide additional probable cause to believe that HERNANDEZ and his associates conspired to distribute heroin and fentanyl.

19. **Call 7515. On July 14, 2016 at 4:22 pm,** RUIZ (⬛⬛⬛⬛5217) called HERNANDEZ on TT #3 and said, "When are you bringing me [the] other thing?" HERNANDEZ replied, "When you are done with that, so that I only do one trip." RUIZ said, "come now, because I have like 7, and somebody is coming for a big one, you hear? My boyfriend from Brockton is coming for 20, and then Roger's friend, so I need like 40." HERNANDEZ said, "Okay. I will go down there in a while." Based on my training and experience, I believe that RUIZ asked HERNANDEZ when he was going to bring her an additional 40 grams of heroin, because RUIZ had only seven grams left and her boyfriend was going to purchase 20 grams, and another person identified as "Roger's friend" [Roger LONGMIRE's friend] wanted an unspecified amount of heroin. HERNANDEZ asked if RUIZ was finished selling the previously supplied heroin because HERNANDEZ he only wanted to make "one trip."

20. **Call 8848. On July 19, 2016, at 1:15 pm,** HERNANDEZ used TT #3 to call Jose ARIAS on telephone number ⬛⬛⬛⬛8142. HERNANDEZ asked ARIAS, "What did John say?" ARIAS replied, "He grabbed it." HERNANDEZ confirmed, "He took it?" and ARIAS acknowledged, "Yes." HERNANDEZ then explained, "He was complaining about the cut. I think that it is the cut, because it is the same shit, it seems that it got wet. What I'm going to do is that I'm going to call Homerito to buy two hundred

(200) from him to mix it."    ARIAS agreed "Yeah, I think that what it is, yes." HERNANDEZ then asked ARIAS "Did you see how it was?   I put it in the sun for that, but the ones from the veins like it, it's the ones [that] like that through the nose [say] that it smells, that it itches."   Based on my training and experience, I believe HERNANDEZ asked ARIAS if John (TANGUAY) received the new product (heroin) which ARIAS stated TANGUAY did.   HERNANDEZ and ARIAS then discussed the quality of the heroin and noted that the people who inject the heroin ("the ones from the veins) like it, but the people who sniff the heroin ("the ones that like that through the nose") don't like it because of the smell and because it itches.

21.    **Call 503.   On June 24, 2016 at 4:09 pm, HERNANDEZ received a call on TT #3 from ALEX using TT #5 (     1658).**   ALEX said, "I brought some of the 'brown one' yesterday and shit. I'm going to bring you 'the white one' because I know that the 'white one' is stronger, you like to add a lot of cut."   Based on my training and experience, I believe when ALEX said the "brown one," he meant heroin, and when he said "the white one," he meant fentanyl.   I further believe that when ALEX said, "I'm going to bring you 'the white one' because I know that the 'white one' is stronger, you like to add a lot of cut," he meant the fentanyl was more potent and therefore HERNANDEZ could add more cutting agents and therefore sell it at greater profit than heroin.

22.    **Call 1262.   On June 26, 2016 at 3:48 pm, HERNANDEZ received a call from ALEX (     1658, TT #5),** who said, "Check it out, to send you 100 because I have 300 left, so you can help me out.   So you can try something really good that I have." HERNANDEZ replied, "Something good, I'm not going to make this trip for nothing, if it is something good, what you have to do is give me a sample to try in front of you and see

if it holds it." ALEX said, "Oh, I bring you the stuff and you can take out five from a corner and then add 20 or 25 or even 30, whatever you want." Based on my training and experience, I believe ALEX wanted to bring HERNANDEZ 100 of the 300 grams of the heroin or fentanyl he had left in stock. HERNANDEZ wanted a sample to see if it "holds," by which he meant it could take a lot of cut and still satisfy his customers. ALEX replied that he could take 5 grams to test from a corner of the product and he would see that he could "add 20 or 25 or even 30," meaning add that many grams of cut to the 5 gram sample.

23. **Calls 1455, 1510, 1572. On June 27, 2016 at 11:30 am, HERNANDEZ called TT #5 and asked ALEX, "Are you going to bring the thirty to see if it is good, because if it is good we are going to go."** ALEX replied that he would come down "in about an hour." **At 1:31 pm**, HERNANDEZ received a call from TT #5 and ALEX said, "I'm going to bring you the thirty, but from the 'brown one' because the 'white one...'" HERNANDEZ interrupted, "No, no, I don't like the brown one, no, I want the white one, the brown one is not convenient for me." ALEX continued, "It's that I'm giving you, with thirty pure of that one, I make 3000 pesos." HERNANDEZ later said he does not like "the brown stuff from Rhode Island," and ALEX agreed that the, "brown does not hold up because you know that that brown… nobody wants it." Based on my training and experience, I believe ALEX was offering to supply HERNANDEZ with 30 grams of "brown" heroin, but HERNANDEZ wanted "white" fentanyl because he could add more cut and make more money that way.

24. **Call 1952. On June 28, 2016 at 4:31 pm, HERNANDEZ using TT #3 called ALEX (      1658, TT #5).** HERNANDEZ said he thought ALEX was coming. ALEX said he went to a car auction and bought a BMW 535. ALEX said he would be

"over a little later and bring the thirty."   Based on my training and experience, I believe the "thirty" mentioned by ALEX referred to the 30 grams of heroin or fentanyl they discussed the day before.

25.    **Call 7460.   On July 14, 2016 at 12:41 pm, ALEX (⬛⬛1658, TT #5) called HERNANDEZ on TT #3 and said, "Listen, I have some of that white stuff to see what happens with the eight and the seven.**   HERNANDEZ replied, "That's what you said the other time, and you didn't bring me anything."   ALEX offered to bring "100 or 200", but HERNANDEZ said, "I told you to bring 25 to try them first, to try it. I buy that. If it doesn't work, it doesn't work. I told you if it's good, we keep going."   ALEX explained that he "was busy, I had like five or six things of those and I wanted to do it."   He agreed to bring HERNANDEZ "25" the next day.   Based on my training and experience, I believe ALEX offered to bring 100 or 200 grams of heroin and/or fentanyl but HERNANDEZ said he wanted 25 grams instead so he could assess the quality and decide if he wanted more.

### 2.) <u>AUGUST 1-30, 2016:   HERNANDEZ and ALEX</u>

26.    **On July 29, 2016**, the Honorable Nathaniel M. Gorton, United States District Judge for the District of Massachusetts, authorized the interception of wire communications occurring over ⬛⬛**2764 (TT #3) (HERNANDEZ)**, ⬛⬛**8003 ("TT #4") (HERNANDEZ); and ⬛⬛1658 ("TT #5) (ALEX).   Interceptions began on August 1, 2016 and terminated on August 30, 2016.**   Interceptions over TT #3 and TT #4 revealed additional evidence of the operation of HERNANDEZ's DTO, led to a seizure of fentanyl distributed by HERNANDEZ and LONGMIRE on **August 17, 2016**, and showed that he continued to be supplied by ALEX and others.   Interceptions over TT #5 revealed that ALEX was an active supplier and in contact with associate Glendalee RODRIGUEZ,

customer/re-distributor Jeffrey FREITAS, and many other unidentified associates, customers, and suppliers.

27.     **The seizure on August 17, 2016, of approximately 10 grams of suspected fentanyl from Brian Donohue, of North Truro, and Robert Foley, of Wellfleet, two associates of Roger LONGMIRE**.   The seizure occurred shortly after HERNANDEZ (TT #4) and Roger LONGMIRE engaged in a series of calls to set up a meeting for LONGMIRE to obtain 20 grams from HERNANDEZ for his cousin from the Cape ("Listen, my cousin just left, and said that he is heading this way right now.   I'm gonna need grab 20 off of you.").   Surveillance officers observed LONGMIRE meet with HERNANDEZ in a Taunton parking lot, then immediately walk to Foley and Donohue's vehicle and meet with them briefly.   Officers followed Foley and Donohue and arrested them a short distance away as they began to use some of the suspected fentanyl. A field test of the substance seized yielded a positive indication for fentanyl.

28.     **Intercepted Calls Revealed that ALEX is Distributing Fentanyl and Other Substances.**   ALEX was intercepted frequently stating that he deals in fentanyl and terms such as the "white stuff," the "brown stuff," the "thing from above," all of which I believe are code names for drugs such as fentanyl, heroin, and possibly cocaine.   For example, **on August 9, 2016 at 11:16 am (Call 1189)**, TT #5 called ⬛⬛0157 and ALEX spoke to UM 0157.   ALEX told UM 0157 to head over to ALEX's because he has some "good stuff" for UM 0157 to take. I believe "good stuff" referred to heroin and/or fentanyl. **At 9:56 pm (Call 1364)**, ALEX called ⬛⬛0157 and UM 0157 said he had not seen "the guy."   UM 0157 added, "So these idiots here, that is what they always, they wanted it, everybody was going crazy when I distributed that, I took a little thing for the people, and

what they have here is a pile of trash man. And working with the, working with the other thing, the one they call fentanyl." ALEX said, "Yes, yes I have that." UM 0157 replied, "That is killing people here, but these dirty ones, that is what they are after, because they can put the 'macho' in it and they can evade, you know." ALEX said, "I have that, I told you to get smart about it, in that is what I move." I believe ALEX was telling UM 0157 that he sells ("moves") fentanyl. Likewise, **on August 6, 2016 at 4:19 pm (Call 717),** TT #5 received a call from ▓▓▓▓5234 and an unknown male (UM 5234) asked, "Do you have Fenty?" ALEX replied, "Yeah, I have the Fenty." UM 5234 said, "Aight. Hey, can you come see me in like 40 minutes though, where you seen me before, remember?" ALEX replied, "Okay, in 50 minutes, see you there." I believe in this call UM 5234 asked for fentanyl ("fenty") and ALEX agreed to distribute it to him.

29.    **On August 6, 2016 at 5:45 pm (Call 741) ALEX called ▓▓▓▓7402 and spoke to an unknown male (UM 7402) in detail about how he prepared a particular product.**    In particular, ALEX said, "That I have there like 2.5, that I have there because I mixed them together.   I added 1 of the white stuff to 1.5 of the brown stuff.   I'm passing it, that one pass with the 4 and the 5, but I'm giving it at 55.   But that is poison too, I'm telling you, just in case you are interested on it. I'm giving it like that because I gave it like that to somebody from Connecticut, and the kid got in jail. He was making 3 weekly for me man, 200 and 300 daily, but they caught the damn guy.   And I already have that there, but I'm moving it over here because there were like 3.5, and I just have about 1 and something left."   UM 7402 said to bring him some "half and half.   Bring me 6, 3 and 3."   I believe that the "white" is fentanyl, the "brown" is heroin, and "poison" is

a particularly strong mixture of fentanyl and/or heroin. I further believe that ALEX was describing how he mixed and priced heroin and fentanyl.

30. **ALEX Used TT #5 to Communicate with Glendalee RODRIGUEZ About Meeting with Drug Customers.** During the course of this interception period, investigators intercepted frequent calls between TT #5 and ████ 2529 in which ALEX and RODRIGUEZ discussed a variety of matters relating to ALEX's drug trafficking, especially her making trips to deliver drugs and collect drug proceeds. In addition, investigators conducted physical surveillance and observed RODRIGUEZ making suspected drug deliveries. At other times, RODRIGUEZ would use TT #5 to relay instructions to ALEX's drug customers. For example, **on August 7, 2016 at 8:43 pm (Call 1008)**, ALEX received a call from RODRIGUEZ (████ 2529), who said she had spoken to someone about giving him "a sample," but that he was not able to get the other two numbers. ALEX asked if she wanted "the brown stuff," and RODRIGUEZ replied "both things." ALEX said okay, he will be there soon. Based on my training and experience, I believe a "sample" refers to a sample of drugs and "the brown stuff" refers to heroin. In this call, I believe RODRIGUEZ was reporting to ALEX her conversation with a customer who wanted to obtain a sample of heroin from ALEX. Another example was **on August 9, 2016, at 7:51 pm (Call 1329)**, when TT #5 called ████ 5234 and ALEX spoke to UM 5234, who had previously been intercepted over TT #5 asking ALEX "for Fenty." ALEX asked if he liked it. UM 5234 replied that it was "too moist and he cannot fuck with it." Another male translated for ALEX and said that it was "wet" and then told UM 5234 that ALEX was going to "fix that up" for him. **At 10:51 pm (Calls 1370, 1371)**, ALEX told UM 5234 through a translator that ALEX has it ready and if UM 5234 wanted,

ALEX can send him "a grizzle" so he can check it out, or "20 grizzles" if he wanted. UM 5234 said to let him see what the gram will look like, because he did not want to "grab the whole thing right now." UM 5234 added that he will give it to "his people" and tomorrow he will "put down a stack." The translator said ALEX will have it ready in a few minutes. **At 11:12 pm (Call 1375),** ALEX said that the girl is there in a green car. UM 5234 said okay, and told ALEX that he is going outside. **At 11:50 pm (Call 1387)**, Glendalee RODRIGUEZ used TT #5 to call UM 5234, who said that he had not seen his people yet, but he is on his way to see him. RODRIGUEZ said to "hit me up once you are good." UM 5234 said that he would get his money and that he was all the way on "the other side." RODRIGUEZ said to let her know as soon as he does it, so she knows he is "good." I believe this series of calls reflects that UM 5234 was unsatisfied with a prior delivery of fentanyl and that ALEX and RODRIGUEZ arranged for the delivery of a new sample of fentanyl to UM 5234 to share with "his people" so he could decide if he wanted to purchase more.

### 3.) <u>OCTOBER 18 – NOVEMBER 16, 2016:   ALEX</u>

31.    **On October 18, 2016**, the Honorable Nathaniel M. Gorton, United States District Judge for the District of Massachusetts, authorized the interception of wire and electronic communications occurring over          1658 (TT #5).   Interceptions began on **October 18, 2016 and terminated on November 16, 2016.**   The interceptions and additional investigation revealed that ALEX distributed heroin, fentanyl, and cocaine in and around Boston, Fall River, New Bedford, and Taunton, MA, and Providence, RI.   They further showed that ALEX obtained some drugs and money by robbing or stealing from other drug dealers.   He enlisted several associates to help him target, plan, and carry out the robberies,

including Target Subjects Glendalee RODRIGUEZ, Wilmi HERNANDEZ-DIAZ, a/k/a "PEDRO;" Jose CAMACHO, a/k/a "TRAGA;" Yeurys TEJEDA, a/k/a "SANTOS;" Juan MORALES-ORTIZ, a/k/a "JOSIEL;" and Jancer SOTO.

32. **Intercepted Calls Revealed that ALEX Continued to Distribute Fentanyl and Other Substances.** I believe ALEX is continued to distribute fentanyl as well as other substances because during intercepted calls, he has said he deals in fentanyl and in other calls he uses terms such as the "white stuff," the "brown stuff," the "thing from above," and "the dangerous stuff," all of which I believe are code names for drugs such as fentanyl, heroin, and possibly cocaine. In addition, during some calls, he explicitly used the word fentanyl to describe what he was distributing. For example, **on November 1, 2016, at 8:28 pm (Call 5331),** ALEX called ███-4526 and Jeffrey FREITAS asked if ALEX can get "pure fentanyl." ALEX said yes, he will bring "fentanyl" up there so that they can take Maine entirely for them. They spoke for a long time about how FREITAS needed customers and "pure fentanyl," and how ALEX had a new source with "better stuff." ALEX said the price was "80 for gram." FREITAS countered that he was getting "better stuff" from "New York and Lawrence, for 70." FREITAS asked ALEX to get him "china white." ALEX asked what is better, "the brown one or the china white." FREITAS said "the brown one and the fentanyl." FREITAS said he mixed "5 grams of Fentanyl, and 5 grams of brown, and 20 grams of cut." FREITAS sent it "to Maine," and people said it was "good." I believe these and other calls show ALEX is distributing fentanyl and other drugs to FREITAS, and FREITAS is distributing them in Maine.

33. **Throughout the interception period, ALEX used TT #5 to communicate with dozens of unidentified people about illegal drugs.** For example, **ALEX was frequently**

**in communication with a male using** �ना 0566 (UM 0566). During one call, on **October 28, 2016**, **at 2:49 pm (Call 4677),** TT #5 received a call from ▢▢▢ 0566 and UM 0566 said he needed "5 more pesos of that because it is a killer." He added that he had "6 left with cut." ALEX agreed to deliver, and they discussed where to meet. After meeting at **3:10 pm**, UM called again **at 4:07 pm (Call 4686),** and said he went to get cut and run an errand and "Send the same thing for me, but from the same farm." ALEX assured him, "Yes, it's the same stuff." I believe in these calls UM 0566 needed 5 units of "that," which I believe referred to fentanyl. I believe that when UM 0566 said it was "killer," he meant it was potent and that when he said "cut," he meant he had a substance to mix with the fentanyl. I further believe that in the second call, UM 0566 wanted assurance that the next delivery of fentanyl would be the same or similar potency. **ALEX also frequently communicated with UM 3197.** For example, **on October 27, 2016, at 4:07 pm (Call 4566)**, ALEX called ▢▢▢-3197 and said "the Bori (referring to Glenda RODRIGUEZ) is arriving to give her that." UM 3197 (referred to as Anuedi) replied, "Listen, why don't you bring me something, I'm dry." ALEX asked, "Do you have my money there?" ANEUDI said yes, and ALEX said, "Oh, so you have to give me 10 minutes. Send me that, and I'll send you your stuff back because she is almost there, at your house." ANEUDI said, "I'm going to send you 250. "ALEX started swearing, and complained, "You and your wife are playing with me." They continued, ANUEDI said, "Moraima, send me something that holds." ALEX asked, "You didn't like the last ones that I sent you?" ANEUDI replied, "Yes, but I'm not adding anything, I'm just adding 1 to 10, I add 10." ALEX asked, "Do you want the dark one then?" ANEUDI said, "No, not that one. I'm telling you that if you find something stronger, that holds 4, you understand? I'll pay

it expensive, but what I want is a profit for myself, dude. You understand? I need to profit." ALEX said, "Alright, alright. Send me that, and the two and half to send you that right away with her. How many should I send you?" ANEUDI said, "Send me 15." I believe in this call, UM 3197 told ALEX he was out of drugs ("dry") and wanted ALEX to send more. ALEX asked about payment, and when UM 3197 said he would send $250, ALEX complained apparently because UM 3197 owed more. ALEX and UM 3197 then discussed how best to mix cut into the drugs.

34. **On October 29, 2016 at 3:32 pm (Call 4864), ALEX called** ▓▓▓▓**6532 to talk to Yeurys TEJEDA, a/k/a "SANTOS," about "that," which began a series of communications about a plan to kidnap and rob a person in New Bedford that was thwarted by DEA on November 3, 2016**. In particular, the user of ▓▓▓6532, who was later identified (as described below) as Yeurys TEJEDA (hereafter "SANTOS") said, "You are the one that knows. If tomorrow, at whatever time you tell me boss, I'm there for you." ALEX said, "Yeah, I'm going to trust you." SANTOS mentioned something about 'doing his stuff elsewhere,' and ALEX said, "Brother, but I make you shine quickly. Are you crazy? The one that knows here in Boston is me. I'm the one that has all this controlled over here. You don't know anything man." ALEX then put his nephew on the phone and the nephew asked if TEJEDA was from Bani (he was) and said, "So he wants you to give him that letter so he trust you, that he is going to make you shine, but put those guys in front for us. Don't let us die, we are going to call you tomorrow." ALEX returned to the call and SANTOS said, "I'm talking to a friend here, he takes from the stuff from below, of the stuff that you told me. He told me that a [unintelligible]. And I told him, 'Listen to me, I have to talk to the man first to see what's up.'" ALEX said he would call

back. **At 9:44 pm (Call 4870),** ALEX called back and said, "Listen, tell me what is it that we are going to do with the dude. What is that you are going to do with me? Tell me." SANTOS said, "We just have to go over there. I told you." ALEX asked, "Do you know where is at and all that, dude? For sure?" SANTOS assured him, "Of course, man!" ALEX said, "Well, I am going to believe you then, dude, to get on it. So you make some money, because that those people get the money, 1 kilo for 10 people, of 50 [unintelligible], are you crazy? When I robbed stuff, I have ready at least for 50,000 dollars." SANTOS then said the guy lived in a two level condominium "in New Bedford. I think that he has like 3 workers." ALEX said, "The pigeon is doing good. Get to it, I'm going to take all that away from that man." I believe this call concerned a potential robbery and that when SANTOS said he was talking to a guy who "takes the stuff from below" and SANTOS told the guy he has to "talk to the man first," he was talking to a heroin dealer and told him he needed to speak first to ALEX; and that when SANTOS said that "we just have to go over there," he meant the robbery would be easy to plan; and that when SANTOS said the guy lived in New Bedford and ALEX said he was going to take it all, they meant the dealer lived in New Bedford and ALEX and SANTOS were going to try to rob him.

35.     **On October 31, 2016, in the afternoon (Calls 5082, 5086, 5089, 5095, 5097, 5109), ALEX had a series of calls with Juan MORALES-ORTIZ a/k/a "Josiel" (** ▓▓▓▓ **▓▓▓▓9385) to arrange to meet so ALEX could get a pistol.** In particular, **at 2:33 pm (5082),** MORALES-ORTIZ called and ALEX said he was looking for a bag that WILMI (referring to Wilmi HERNANDEZ-DIAZ) had that belonged to ALEX. **At 3:12 pm (5089)**, ALEX called MORALES-ORTIZ again and said, "bring me the little pistol to the house, that I need it now. You are not worth it, I'm going to do my own shit by myself. Go

24

to shit. Bring it there right away." **At 3:23 pm (5095)**, ALEX asked, "Where are you?  I am going to come by to pick that up?"  MORALES-ORTIZ replied, "Here at the Isis [referring, I believe, to the residence of Isis Y LUGO-GUERREO at ████████ Apartment 3, in Dorchester], arriving. Looking for that to give that to you." **At 3:27 pm (5097)**, ALEX said he would take a cab from home to get there. **At 3:48 pm (5109),** MORALES-ORTIZ said, "I'm here with that."  ALEX said alright, and MORALES-ORTIZ asked, "Hey, to whom should I give it to?" but there was no answer. **At 3:49 pm (Call 5110)**, ALEX received a call from ██████9039 and spoke to an unknown female about the gun.  ALEX said that "the iron is there," and told her to pick up "that" from MORALES-ORTIZ, take it upstairs, and to send them away. I believe these calls reflected that MORALES-ORTIZ transferred to ALEX a pistol that HERNANDEZ-DIAZ had been storing for him.

36.     **On November 1, 2016, ALEX Agreed with SANTOS to Scout the New Bedford Location the Next Day and Described Two Other Robberies.**  In particular, **at 10:30 am (Call 5196)**, ALEX sent a text to ██████6532 that said, "Tell me what is your problem are you testing me." **At 7:14 pm (Call 5313)**, SANTOS explained that he left his phone to get fixed.  ALEX said, "Let's head over there now" and said to call him when he got home and ALEX would come pick him up. **At 7:54 pm (Call 5320),** SANTOS said he was not home yet and ALEX mentioned, "I was calling you the whole day yesterday. We took a little house and we took 13,000 and like 3 chains, man, and a couple of bracelets, right there in Saugus.  And a little while ago, we took another one and took 7,000 from some people also."  ALEX asked which one down there, and SANTOS said he thought it was 179 Glendale.  They agreed to go the following day. I believe in these

calls ALEX was contacting SANTOS to scout the robbery location and told SANTOS that in the meantime ALEX and others robbed two houses and stole over $20,000 and some jewelry.

37.     **On November 2, 2016, ALEX discussed the robbery with SOTO and others and later traveled to New Bedford to scout the location.**   For example, **on November 2, 2016, at 2:36 pm (Call 5411),** ALEX called ▇▇▇9761 (TT #6) and Jancer SOTO said, "I'm going to pass the meat that I eat, you heard?"   ALEX said, "For what?" and SOTO said, "To get involved, to do, you know."   ALEX said, "Sure."   SOTO said, "To today, say it," and ALEX continued, "To get involved with this, sonny."   SOTO said, "Sure thing, man. Let's do it."   **At 4:06 pm (Call 5447),** SOTO said he was down there and had driven three rounds to try and find the house. ALEX said he would be going down. Later that evening, based on intercepted calls and phone location data for TT #5, ALEX travelled to New Bedford with SOTO and scouted the area around ▇▇▇▇ in New Bedford, the location of Hidden Brook apartments, a complex of two story townhouses.   Based on these calls and observations, I believe that they agreed to try to rob the New Bedford drug dealer and attempted to scout the location in New Bedford that evening.

38.     **On the evening of November 3, 2016, based on phone location information for TT #5, a tracking device on RODRIGUEZ's Toyota Camry, physical surveillance, intercepted communications, and a stop of two vehicles and identification of the occupants by New Bedford Police Officers, DEA thwarted a planned robbery by ALEX and his associates.**   In particular, **after 8:00 pm**, investigators observed three vehicles travel to New Bedford: **Vehicle #1** was a Toyota Camry, which based on

surveillance and intercepted communications, agents determined was operated by Glendalee RODRIGUEZ; **Vehicle #2** was a Chevy Cruz MA, bearing MA license plate 819YV2, owned and operated by Jancer SOTO, of ███████████ Boston, in which ALEX (who provided identification in the name of Fernando Rivera Rodriguez) and Yeurys TEJEDA (SANTOS) were passengers; and **Vehicle #3** was a Honda Civic, MA license plate 3WK437, owned and operated by Juan Antonio MORALES-ORTIZ ("JOSIEL"), ███████████ Dorchester, MA, and in which Wilmi Daniel HERNANDEZ-DIAZ was a passenger. **At 8:50 pm,** all three vehicles arrived in the vicinity of ███ ███████████ New Bedford. DEA directed New Bedford police officers to make a threshold inquiry of Vehicles #2 and #3, under the guise that people in the area had called to report suspicious behavior. The officers identified SOTO, ALEX, TEJEDA, MORALES-ORTIZ, and HERNANDEZ-DIAZ: all but MORALES-ORTIZ provided a photo identification. (I have determined that MORALES-ORTIZ does not have a Massachusetts driver's license, but does have a Florida driver's license. I have obtained a copy of the license and photograph, but have as yet been unable to compare the photograph to the face of the person I believe is MORALES-ORTIZ, because of difficulty getting a good view on surveillance.). The inquiry prompted ALEX and the others to abandon the plan that evening. During the stop**, at 8:55 pm (Call 5678),** ALEX called ███████2529 and told RODRIGUEZ they had been stopped by police and that she should leave and return home. **At 8:59 pm (Call 5681),** ALEX called RODRIGUEZ and she said she gave "the thing to the boys." ALEX asked if she meant "the iron," and RODRIGUEZ said yes, and added that she did not clean it, and her finger prints are going to be on it. **At 9:05 pm (Call 5683),** ALEX called RODRIGUEZ and said "they released him," and that

they were "going to your house now." RODRIGUEZ asked if he knew the address, ALEX said yes, and RODRIGUEZ said, "                    ALEX and the others decided to go back to Boston instead. **At 9:10 pm (Call 5685),** after they were told they were free to leave, HERNANDEZ-DIAZ (        -5868) told ALEX that he had the "iron" that he got from Glenda, and it was under the seat when the police stopped them. **At 11:09 pm (Call 5720),** TT #6 (        9761) called TT #5 and ALEX asked SOTO what building is the guy on, 158 or 148. SOTO said "148." ALEX said that was definitely on the second floor and SOTO said they are town houses. I believe these calls and circumstances show that ALEX, RODRIGUEZ, SOTO, HERNANDEZ-DIAZ, SANTOS, and MORALES-ORTIZ intended to rob the person or persons affiliated with                    in New Bedford, and that they had a firearm, but that they abandoned their plans that evening after the police stop.

### 4.) DECEMBER 12, 2016 – JANUARY 10, 2017: ALEX and SOTO

39. **On December 9, 2016**, the Honorable Nathaniel M. Gorton, United States District Judge for the District of Massachusetts, authorized the renewed interception of wire and electronic communications occurring over        **1658** (TT #5), and the initial interception of wire communications only occurring over        **9761**, (TT #6), and        **9912**, (TT #7). Interceptions began on **December 12, 2016 and terminated on January 10, 2017**. SOTO stopped using TT #6 before December 12 and no pertinent communications were intercepted. Interceptions over TT #7 revealed some drug trafficking activity by SOTO, but were less significant than anticipated and not sufficient to justify applications for authority to conduct additional interceptions. The interceptions over TT #5 led to a seizure of heroin and fentanyl on **December 29, 2016,** and revealed

28

additional drug trafficking and robbery activity by ALEX and his associates, including newly identified associates. In particular, the most significant activities included that: 1) ALEX continued to distribute dangerous drugs; 2) DEA seized drugs on **December 29, 2016**, when ALEX supplied heroin, fentanyl, and cut to a customer and, shortly after, DEA worked with local police to seize the drugs; and 3) ALEX obtained a kilogram of suspected drugs on **January 3, 2017**, in a deal brokered by PACHA, and then unsuccessfully attempted to rob or steal two kilograms of drugs from PACHA's source on **January 5, 2017**.

40.     **ALEX continued to use TT#5 to coordinate the distribution of dangerous drugs.**  For example, **on December 12, 2016 at 5:01 p.m. (Call V14),** ALEX received a call from ⬛⬛⬛2190 and spoke to an unknown male he addressed as "GOLDO." ALEX said, "She's on her way, dude."   GOLDO started to complain, "Listen, but I didn't take it.  I wasted it now.   You just gave that one from the F, but it's not just the F, that's that crazy cut, is that just what you sent me?"   ALEX told GOLDO he was crazy, then explained, "Dude, but that's the same black one that I'm working with, do you remember the black one that you liked?   That's the same one, but this one is white, but it's exactly the same one."   GOLDO said, "Alright, go ahead.   But did she take off already?"   ALEX said, "She is on her way." I believe in these calls, when ALEX said "She's on her way," he meant that RODRIGUEZ was traveling to meet GOLDO to deliver drugs to him; that when GOLDO mentioned "F" and "that crazy cut," he was referring to fentanyl and adulterants used to cut the purity of the fentanyl; and that when ALEX said, "it's exactly the same one," he meant that it was the same purity fentanyl and only the color was different.   **At 10:38 p.m. (Call V32),** GOLDO called ALEX and said, "What is this, rat

poison? This is only from the F." ALEX replied, "Bud, that is binded. What happened is, that looks like that because the work that I put into it is also clear, you understand? Check that, brother, for you to see how that works. You are going to want me to take you more of that later. When you see those people being knocked over. Try it again, and you are going to call me back. You are going to tell me, 'Damn it, this is what you told me.'" I believe in this call, GOLDO continued to complain about the potency of the fentanyl and ALEX tried to reassure him that his customers would like it. **At 11:01 p.m. (Call V33),** GOLDO called again and said, "Come pick that up, because I am going to find the death here. That stuff is not even drug, that is going to kill someone. I think that guy died." ALEX asked, "Did it knock him over?" GOLDO said, "I believe so," and ALEX said, "Okay, I told you that it needs to be binded. You have to look for cut." GOLDO continued, "Nah, that stuff is that fentanyl. That could kill you." ALEX said, "Nah, so it's okay. I will send you the stuff that you like, go the black then another stuff, the brown one." ALEX said he would send it "early, during the day." I believe in this call, GOLDO requested that ALEX retrieve the fentanyl he had delivered because it was too powerful and had caused a user to overdose and that ALEX agreed to replace it. **On December 13, 2016, at 8:22 am (Calls 7201-03),** TT #5 received a text message from ▓▓▓▓2190 (GOLDO), which read, "I don't take anybody for a dummy but you are working dirty my budyy was taken to the hospital you need to fix this He is okay but you need to fix. Fix this if you want your money. The shit that you owe. This is not drug this kills people out there. That cannot be done. He is not from the street and not when you know me. It is not a threat." I believe in this text, GOLDO continued to complain about the fentanyl causing an overdose and wanted ALEX to take it back. **At 6:26 p.m. (Call 7289),** GOLDO called

ALEX and asked if he was going "to fix that shit." ALEX said he "already took care of that," and would send drugs to GOLDO in a bit, when "she is done working up there." GOLDO told ALEX, "Don't give me that shit," and that he was going "to end up killing someone with that shit." GOLDO said, "That shit is from the 'f'." I believe that "f" is a reference to the synthetic opioid Fentanyl. ALEX said, "I sell poison." GOLDO said that "the man ended up at the hospital," and that "my woman came and asked, 'What did you sell to the man?' and he told her that he didn't know what she was talking about." I believe in this call GOLDO continued to complain about the fentanyl and ALEX said he would send new drugs. **At 6:45 p.m. (Call 7301),** GOLDO called ALEX again and said he was not threating ALEX, but reiterated that "people are complaining and telling me that I am sending them to the hospital." GOLDO said that he wanted to keep working with ALEX, and that he was "not looking for trouble." ALEX said he already sent GOLDO "the number," and that GOLDO was "short," i.e. less than the agreed upon amount. GOLDO acknowledged ALEX's assessment and said he had "no issues" with ALEX. ALEX said he wanted to be responsible for the stuff that ALEX gave to him, but GOLDO can't be responsible if "he kills one of these fuckers." Based on these calls and other calls, and my training and experience, I believe ALEX supplied GOLDO with fentanyl cut with adulterants, that GOLDO sold the drugs to his customers, that his customers complained that the drugs GOLDO distributed were unacceptably dangerous, and that one or more of his customers overdosed and went to the hospital as a result of using the fentanyl.

41. **On December 29, 2016, ALEX distributed heroin, fentanyl, and cut, at the request of customer Jeffrey FREITAS, to Daniel Emery, after which law enforcement officers seized it from FREITAS's residence.** In particular, as of December, Jeffrey

FREITAS (⬛⬛⬛5113) had been in regular contact with ALEX about obtaining drugs to re-distribute.   On **December 29, 2016, at 11:02 am (Call 9892),** FREITAS sent ALEX a text that stated, "My friend, I need work."   I know that "work" is common street slang meaning drugs for sale, and I believe FREITAS meant that he needed heroin and fentanyl from ALEX.   **At 11:16 am (Call 9897),** ALEX called back and FREITAS explained, "I need 50 of the white, and you give me 50 of the brown one.   And that work is better, right?"   ALEX said, "Yeah, guaranteed one hundred percent.   You can add five to one. If it doesn't work for you, you can give it back to me."   FREITAS asked, "Can you bring it to me now?   I can send my wife's brother."   ALEX instructed, "Send him over here to Boston because my runner doesn't work anymore for me." (I believe ALEX was referring to Glendalee RODRIGUEZ, who continued to work with ALEX, although did not make some deliveries she typically would).   ALEX told FREITAS to "send him to ⬛⬛⬛."   I know ⬛⬛⬛ is the residence of Isis Y LUGO-GUERRERO, and a place ALEX uses to store, prepare, and distribute drugs.   FREITAS replied, "Alright.   I can send him now. I also need, maybe, 200 of cut."   I believe, based on this and other investigations, that "the white" referred to fentanyl and "the brown one" referred to heroin, and that when ALEX said "You can add five to one," he meant that FREITAS could dilute one of the two with five grams of cut for every gram of heroin or fentanyl.   I further believe that ALEX lied to FREITAS when he said his runner (RODRIGUEZ), no longer worked for him, although I do not know the precise purpose of his lie.   **At 12:22 p.m. (Call 9905),** FREITAS called and said, "I'm going to pay for the white one now and the brown on credit." I believe FREITAS meant he would pay cash for the fentanyl (white), and take the heroin now, but pay the purchase price after he sold it.   **At 1:34 p.m. (Call 9926),** FREITAS said it was a

"Blue Honda Accord" and asked, "How long?" ALEX replied, "10 minutes." I believe FREITAS was identifying the car his runner would be arriving in and ALEX was saying he would be to the meeting location in ten minutes. **At 1:45 p.m. (Call 9931)**, FREITAS said he was "at the bottom of the entrance." ALEX said he was on his way. **At 1:48 p.m. (Call 9932),** a person from the transport service Bani Express (          3140) called ALEX and said his car had arrived. **At 2:01 p.m. (Call 9939),** ALEX told FREITAS he would arrive "in one minute." **At 2:05 p.m. (Call 9940),** ALEX called          8015 and told UF 8015 to open the back door. During this time, investigators observed ALEX take a taxi from          to          where he entered          and then called FREITAS and instructed FREITAS to tell "him" (Emery) to come inside. Investigators observed Emery inside a blue Honda Accord (MA 3NX 572) waiting on          . Emery exited the Accord, entered          for 2-3 minutes, exited, and left the area, followed by surveillance. He drove to Bridgewater, MA. **At 3:00 p.m.**, Officer Scott Hile observed the Accord and attempted a walled off stop on          but Emery did not stop. Instead, he sped to          which is FREITAS's residence. Emery jumped out of the car, left the door open and the engine running, and ran into the house. Officers approached the locked door, and were met later by Cynthia Freitas (FREITAS's wife) and Emery. Cynthia Freitas gave officers permission to search the house, and officers arrested Emery and searched the Honda. They found three pounds of marijuana and hash oil, and pills in the Honda, and $578 on his person. Inside the house, they found 50 grams of heroin, 50 grams of fentanyl, and 200 grams of "cut" inside a cooler in the hallway behind the door. I subsequently received a report from the DEA Northeast Regional Laboratory confirming that the drugs seized from inside the house consisted of

49 grams of heroin and 49 grams of fentanyl.  **At 4:14 p.m. (Call 9966),** FREITAS called and told ALEX, "Be very careful, because when my friend left there, the police grabbed my friend, there in front of my house. He called my wife to tell her that he had some black cars behind him, from Dorchester through Bridgewater. When he got to Bridgewater, they grabbed him."  FREITAS suggested maybe ALEX's entrance was "hot," but ALEX insisted things were "good around there."  ALEX then said he would call back. I believe FREITAS was informing ALEX of Emery's arrest and suggesting Emery was followed by police after meeting with ALEX.  **At 4:16 p.m. (Call 9967),** ALEX called ████████8015 and explained to UF 8015, "They grabbed the guy I gave the stuff to earlier with that."  He then explained what FREITAS told him.  **At 4:28 p.m. (Call 9974)**, ALEX called FREITAS and said, "Yo, why are you telling me that?  Because I saw him myself.  If they would have followed him, they would have followed me, too.  They would have gotten me too, you understand?  He is lying, he is either stealing that from you, or you are lying to me."  FREITAS said, "Buddy, I don't have to lie, I'm going to call Bridgewater, I have the police in my house, my friend.  My wife is there with my kids.  I'm here at my job, and I'm not going home right now, because the police is there.  He is stupid, the police was behind him, and he went into my house, and the police went into my house.  He dropped the work outside the front door.  In the hallway, they grabbed marijuana, the *manteca*, the cut, the pills."  Based on my training and experience, I know that "manteca" is common slang for heroin. I believe in this call, ALEX disputed that the police followed Emery from the meeting spot and suggested that Emery or FREITAS was lying. **At 4:34 p.m. (Call 9975),** ALEX called RODRIGUEZ (████████2529) and told her that "the damn white guy" (FREITAS) called him to ask him for "some stuff," and that he told him that

34

"the car was damaged and the RODRIGUEZ wasn't working." They discussed the circumstances and RODRIGUEZ told ALEX to be careful. **At 11:42 p.m. (Call 10031**), ALEX texted FREITAS, "You have to get me the (police) report. I know that you want to fuck me, I'm not stupid, I want my money, okay." Based on the foregoing, I believe ALEX distributed 50 grams of heroin, 50 grams of fentanyl, and 200 grams of cut to Emery on December 29, 2016.

42.    **ALEX obtained drugs from a drug supplier during a deal brokered by PACHA.** In particular, **on January 3, 2017, beginning at 12:58 p.m. (Calls 10831, 10861, 10866, 10880, 10929, 10937, 10940, 10982),** ALEX had a series of calls with PACHA [        ]6922) that resulted in ALEX purchasing a kilogram of suspected fentanyl in the evening. ALEX started by asking, "Is the man ready?" and PACHA replied he was at the hospital and would call back. **At 2:06 p.m.,** PACHA called back and ALEX asked, "Do you have anything?" PACHA replied, "Yeah, the man is going to get you the whole one." ALEX said, "Have him get it, because I need that, I have people waiting." PACHA said, "Yeah, what he told me was to tell you that I'll hit you up in a couple minutes. But, yeah, he did get you that. At exit 32. It's the same thing." ALEX then complained that PACHA told him "Exit 31" (meaning $31,000). PACHA said, "No, it is the same, and I always earn $300-500." They later settled on a price of "31 and a half," or $31,500. Based on my training and experience, I believe a "whole one" referred to a kilogram, likely of fentanyl or cocaine. I further believe that when ALEX said, "I need that, I have people waiting," he meant he needed more drugs because he had drug customers waiting to buy drugs from him. I further believe that "Exit 31" and "Exit 32" were code for $31,000 and $32,000, respectively, and that these amounts were the purchase price for the drugs. I also

believe that $300-$500 was PACHA's broker's fee. **At 2:23 p.m.,** PACHA told ALEX, "In about 40 minutes, I'm going to call you for you to send me the address right here, to this number. That's on hand, it's just that it's coming from where that is at, and they bringing it." I believe PACHA was conveying to ALEX that the person transporting the drugs had the fentanyl or cocaine in hand, and was on his way to the meeting place in Boston from somewhere outside Boston. **At 3:24 p.m.,** PACHA called ALEX, and ALEX told him to meet "where Izzy lives," which I know to be ▉▉▉▉▉▉ in Boston. Later, they agreed to meet by "Emy's parking lot," and ALEX said he and Glenda would be on foot. Subsequent intercepted calls between ALEX and PACHA confirmed that they met at 6:25 or 6:30 p.m. During this time, investigators observed ALEX and RODRIGUEZ arrive at ▉▉▉▉▉, and observed nearby a Honda Accord and a white pick-up truck. ALEX and RODRIGUEZ then returned to ▉▉▉▉▉▉ and met with PACHA (driving the same Accord investigators had seen nearby▉▉▉▉ and the person I believe brought the drugs to ALEX (driving the same white pick-up) on ▉▉▉▉▉▉ a short walk from ▉▉▉▉▉▉ After the transaction, agents followed the pick-up truck to a Home Depot parking lot in Chelsea, where the operator met with another vehicle. **At 6:37 p.m.,** ALEX called and said, "This is great! Damn PACHA, those people are just handing that over. Did you take your money? You grabbed your 200 and gave them 31 and a half?" PACHA said he had. ALEX continued, "Listen, I'm going to call someone one, and I'm going to hand this over whole to him, at 35. Do they have more?" PACHA replied, "Yes, of course." ALEX said he would call back. PACHA noted that the people were "from far, they might just take off in the early morning, you know those people come and make a round." I believe in this call ALEX expressed satisfaction with the quality of the drugs

and wanted more, and PACHA suggested that the people who supplied the drugs might not be from around Boston, so ALEX should act quickly. **At 7:00 p.m.,** PACHA repeated that he told "the people" that ALEX was his brother, and he told ALEX that the sellers were "serious people." **At 9:28 p.m.,** ALEX called and said, "I sold it to the guy, he gave me 34 and a half. Ask him if he can give it to me at 31, and I'll take two from him tomorrow with the cash right there. But at 31, because I want to make some points there. I want to make 1,000 and the other one for me." PACHA said he would try. I believe this call reflected that ALEX was hoping to buy (or steal) two additional kilograms for $31,000 each, so he could make more money re-distributing them. **On January 3, 2017, at 9:39 p.m. (Call 10998),** ALEX told RODRIGUEZ to deliver "that" to Bori (BERRIOS) tomorrow. ALEX then explained, "I have him set up with two for tomorrow. With two! I'm going to hit those people, I'm going to send Wilmi and Josiel for them to do the moves. PACHA doesn't know anything, PACHA is in the dark. PACHA is going to stay in the dark." RODRIGUEZ said, "Don't tell anybody else, because you keep talking and things get ruined." I believe that in this call, ALEX was telling RODRIGUEZ that, with PACHA's unwitting help, ALEX planned to have HERNANDEZ-DIAZ and MORALES-ORTIZ rob two kilograms of drugs from the people who were supplying kilograms of drugs to ALEX and PACHA the next day.

43. **On January 5, 2017, ALEX and RODRIGUEZ and HERNANDEZ-DIAZ attempted to rob PACHA's source of two kilograms of fentanyl or cocaine, but the meeting did not go forward.** In particular, **on January 5, 2017, at 1:35 p.m. (Call 11304),** ALEX called PACHA [redacted] 6922) and said, "Be ready for 4:30, you hear?" PACHA replied, "Those people don't want to move more from that. I already told them

it was two. And they said, 'Tell him that 32, that I can't more than that.' I told them a bunch of lies. I said, 'Let's stay with this man, this man is just starting. I know that that guy takes 5, 6, 7 easily weekly or more,' and they said, 'No, if he doesn't want it like that, he can forget about it.'" ALEX said, "Let me call the guy to see if he still wants it, because I'm not going to invest $64,000 to just make 1,000 pesos on every kilo. I rather let go of that." **At 1:41 p.m. (Call 11307),** ALEX called WILMI (Wilmi HERNANDEZ-DIAZ, ▬▬5868) and said, "The thing is ready for tonight. I'm going to tell him that I'm going to send you. 'I'm going to send my nephew.'" **At 2:01 p.m. (Call 11310),** PACHA called and asked, "What do I do with that people? Because they are telling me that to talk to you to see what you are going to do, so that they can leave that to me. Because they have to do their rounds. What they'll do is that they will drop that now, and they will pass after I see you." ALEX said, "Okay. But have the guy at four. You can assure it to him, but it's at 4:30, that I told you." PACHA said they would be out "until around 6 or 7," and ALEX said, "They can bring it then." **At 4:12 p.m. (Call 11361),** ALEX called ▬▬ ▬▬8336 and asked KIKO (also referred to as "Verdugo" in Call 11521 on Jan 6 at 12:33 p.m.) if he had "a lot of one peso bills at home." KIKO said that he "might have a little bit over 200 or 300." ALEX asked KIKO to "bring me everything before 6:00. I'm going to change it for you." I believe in this call, ALEX was attempting to obtain a lot of small bills and/or fake bills to help him steal the two kilograms from the people who had sold kilograms to PACHA and ALEX. **At 4:49 p.m. (Call 11375),** PACHA (6922) called ALEX and said, "The people told me they will be here in an hour." **At 5:04 p.m. (Call 11385),** PACHA called and asked if they should "do it the same way as last time?" PACHA said the people "will be here in 20 minutes." ALEX said, "I have to go pick up

the money from the guy, give me like 25 minutes." **At 5:30 p.m. (Call 11397),** PACHA

called ALEX and said, "Old man, the people are already around here, if anything you just

let me know." ALEX said, "Oh, okay. We're going to do it at the same place where we

did it." PACHA agreed. **At 5:59 p.m. (Call 11404),** ALEX told PACHA that

"GLENDA is getting here in like 3-5 minutes." **At 6:12 p.m. (Call 11406),** PACHA said,

"I'm around here. I came up to Emer's. I'm going to start heading down. Are you down

there already?" ALEX said he was, and PACHA said, "Okay, let me come down, to go

over to you." **At 6:14 p.m. (Call 11407),** PACHA asked, "Where are you?" and ALEX

said, "I'm getting out now. Are those people there? So we are not idling there."

PACHA said, "They are coming. They'll be here in about 2-3 minutes. They want to go

up. Let's have Glenda go up with me, and I go back down with her, with the stuff, you

heard? Because they said they don't want them to see you and start thinking, you know.

I told them, 'No, that man is not into that, he is good for it,' and all that. The thing is that

he has problems with people because people put him in what he is not; and whoever does

something to him, he does something worse to. I told him, 'No, no, that man is not like

that. Trust me.'" ALEX said, "Okay, we'll talk." I believe this call shows that

PACHA's source was concerned about being robbed by ALEX. **At 6:20 p.m. (Call

11409),** ALEX called and said, "Glenda doesn't want to go up anywhere. She is going to

go by herself. She is going to bring all that money, if they do it the same way as last time,

if they want to, you understand? Because I'm not going to go up there, and I'm not going

to allow her to go up by herself." PACHA countered, "But it's with me dude!" ALEX

continued, "Who cares if it's with you, they could push you and send you flying down the

stairs." PACHA said it wasn't like that, and ALEX said, "Talk to them, she is going to go

by herself.  I am going to send her by herself and you yourself can pass it to her in the car."  PACHA said, "Alright, I will pass it to her in the car."  I believe ALEX was so insistent because he wanted to exchange the money for the drugs before PACHA's source had a chance to realize the money was fake.  **At 6:38 p.m. (Call 11421),** ALEX called RODRIGUEZ and asked her where she was.  RODRIGUEZ told ALEX that PACHA wanted to "take the money first, then pass the stuff."  ALEX said it should be "like last time" and warned PACHA that "those people are enemies."  RODRIGUEZ gave the phone to PACHA who told ALEX, "I won't do you wrong."  ALEX said, "If they don't want to sell, just tell me."  HERNANDEZ-DIAZ (WILMI) got on the phone next, and ALEX said, "Wilmi, if he doesn't want to bring them down, let it go.  This has never happened.  What a mess.  Let go of that."  RODRIGUEZ got back on the phone and said, "He is talking to them.  They want me to pass the money before and then they will give me the stuff, and they are inside."  ALEX asked, "Are they inside the car?" RODRIGUEZ said they were inside "a black SUV in front of me and another car behind me."  RODRIGUEZ was then overheard telling PACHA it was taking too long and they were going to leave.  ALEX told RODRIGUEZ, "Let go of that and head over here."  **At 6:41 p.m. (Call 11425),** HERNANDEZ-DIAZ called and said, "We have the stuff in the car, and PACHA is going to call you."  HERNANDEZ-DIAZ added, "If he takes it from their hands, I'm going to get out and I'm going to beat and cut him, that PACHA.   I'm just telling you, I don't care that he had surgery recently, cocksucker!"  ALEX said, "Slap him really hard, but don't cut him."  **At 6:41 p.m. (Call 11426),** PACHA called ALEX, and he and ALEX tried to resurrect the deal, but they could not.  At one point, ALEX said, "All of their money is there, 64,000 dollars."  **At 6:47 p.m. (Call 11433),** ALEX talked to

RODRIGUEZ and HERNANDEZ-DIAZ and **at 6:54 (Call 11438)** to PACHA. **At 7:49 p.m. (Call 11452),** PACHA called and said that the people refused to proceed with the deal because ALEX's nephew panicked. ALEX said he thought they were going to be robbed. ALEX added, "I was here throwing a little something I had left there, from the stuff I took from a guy, I told you. I passed the thing to Pepe and I took like 200, because I didn't have anything, dude. I had like 350 left, and I grabbed 200. Now I'm cooking a thing for a guy. I can't stop, dude." I believe these calls capture a failed attempt by ALEX to rob or steal two kilograms of drugs from the people who earlier supplied PACHA and ALEX with a kilogram of drugs.

### 5.) <u>JANUARY 27, 2017 – PRESENT: ALEX</u>

44.     On **January 26, 2017,** United States District Judge Nathaniel M. Gorton issued an order authorizing the renewed interceptions of wire and electronic communications occurring over TT #5. DEA began intercepting the communications on January 27, 2017, and interceptions are presently ongoing. The interceptions reveal that ALEX continues to operate his DTO. Summaries of interceptions from the current authorization period are set forth in the section summarizing probable cause for the Target Subjects and Target Locations.

### <u>SUMMARY OF PROBABLE CAUSE – TARGET SUBJECTS AND LOCATIONS</u>

   **1) Fernando HERNANDEZ and**            **Second Floor, Providence**

45.     As set forth above, interceptions of HERNANDEZ's cellular telephones (TT #1, TT #3, and TT #4) from June 22 to July 21, 2016, and again from August 1 to August 30, 2016, revealed that HERNANDEZ, who has lived in Providence, RI throughout the course of the investigation, sold heroin and fentanyl in and around Taunton, MA.

46.   **Identity.**   HERNANDEZ was identified at the outset of the investigation based on controlled buys of heroin and fentanyl by a confidential informant, debriefings of a source of information and a cooperating defendant in a prior investigation, and extensive surveillance.   Those sources identified photographs of HERNANDEZ and revealed that HERNANDEZ was from Bani, Dominican Republic, that he illegally entered the United States, that he used the alias Fernando HERNANDEZ and "Mora," and that he makes false claims that he was born in Puerto Rico in order to avoid deportation.   Thus, his true name is unknown.   The investigation revealed HERNANDEZ's cellular phone numbers and that he operated in Taunton and resided in Providence.   The subsequent interceptions and additional investigation, including extensive surveillance, confirmed the information provided by the sources.

47.   **Residence.**   HERNANDEZ initially resided at ▓▓▓▓▓▓▓ until on or about **August 10, 2016**, when he moved to ▓▓▓▓▓▓▓ Providence, RI.   To conduct enhanced surveillance, investigators installed a video surveillance camera in the area capable of monitoring ▓▓▓▓▓▓▓   Monitoring of the camera from August 2016, to the present, shows HERNADEZ, his son ARIAS, and his daughter, exiting and entering the rear doorway of ▓▓▓▓▓▓▓ on a daily basis. Moreover, during intercepted calls, HERNANDEZ stated he lived at ▓▓▓▓▓ and directed drug suppliers, customers, and/or associates to meet him there.   For example, on **August 14, 2016**, at 7:54 pm, HERNANDEZ was intercepted on TT #3 (**Call 13322**) telling an unknown male that the address was ▓▓▓, second floor and it was located at the corner, across the street from a Church.   I know ▓▓▓▓▓▓▓ is located at the intersection of ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓, and is directly across the street from ▓▓▓▓▓▓▓▓▓.

42

48.     **The interceptions not only showed that HERNANDEZ and ARIAS distributed heroin and fentanyl, but they also revealed that they use their residence to store, package, and distribute drugs.** In addition to the calls recited above, another example occurred on **August 9, 2016 at 2:27 pm,** when HERNANDEZ called ████8142 and spoke with ARIAS. ARIAS said, "This shit doesn't want to press down, that's why I'm taking so long." HERNANDEZ offered, "We are going to have to bring that shit back because we can't be struggling with that, for other people to earn." I know that heroin is often packaged using large presses to compact the heroin inside various wrappings. In this call, I believe ARIAS was telling HERNANDEZ that the pressing of the drugs was taking a long time. Likewise, on **August 26, 2016**, HERNANDEZ called RIVERA and asked if she was going to take ARIAS now or later, and whether she was using his van or hers. RIVERA replied now, and his van. I then saw RIVERA arrive at ████ ████ and meet ARIAS. Both entered ARIAS's van and departed. At **12:42 pm, (Call 16019),** HERNANDEZ called ARIAS and asked, "Look, did you get there already?" ARIAS replied that he's almost there. HERNANDEZ then instructed him, "when you arrive there, give 10 pesitos (grams) that you send them with the old man to Stephanie (O'Sullivan) at her house." I believe HERNANDEZ was telling ARIAS to deliver 10 grams of heroin or fentanyl to O'SULLIVAN and that prior to entering the van, ARIAS possessed the drugs within ████████ Throughout the remainder of the day, HERNANDEZ directed ARIAS to distribute drugs to several other Taunton customers. For example, **at 5:58 pm (Call 16116),** HERNANDEZ called GOMEZ, who asked, "Where is the boy, I have a white guy here?" HERNANDEZ replied, "Fuck I forgot about

it.   Let me call him now."   HERNANDEZ then called and told ARIAS, "You have BORI (GOMEZ) waiting."   ARIAS said he would go there to meet with GOMEZ.

49.     **Recent Evidence and Activity.**   As noted, we last conducted regular interceptions of HERNANDEZ's phones on August 30, 2016, but I believe he continues to distribute drugs and use ▮▮▮▮▮▮▮▮▮ to store, package, and distribute drugs.   I believe this for several reasons, including the nature of his business, additional intercepted calls with ALEX, and additional surveillance and telephone records.   As to the nature of his business, the interceptions revealed that HERNANDEZ conducted his drug distribution as a regular business and that it was his sole employment.   The DTO was extensive and ongoing, and I have seen no evidence that he has stopped.   To the contrary, telephone records for his phones indicate he continues to have an inordinately high volume of calls and that, as was the case in the summer of 2016, the calls include a high percentage of calls to telephones of Target Subjects, such as ARIAS, O'SULLIVAN, GOMEZ, RIVERA, LONGMIRE, and TANGUAY, to whom he distributes drugs or who assist him in the distribution of drugs.   Moreover, his calls with ALEX, even if they do not involve ALEX supplying HERNANDEZ with additional drugs, do concern and reflect ongoing drug distribution.   And surveillance supports my belief that HERNANDEZ and ARIAS continue to use ▮▮▮▮▮▮▮▮▮ to distribute drugs.   For example, on **December 28, 2016**, HERNANDEZ (using ▮▮▮▮▮2764, TT #3) called ALEX and said that "Jose" (ARIAS) left to Santo Domingo yesterday.   I know based on the intercepted calls and surveillance, that ARIAS typically delivered drugs from ▮▮▮▮▮▮▮▮▮ to Taunton on a daily basis.   With ARIAS away, we observed different activity.   For example, **on December 30, 2016**, **at 9:47am**, Trooper Jeff Whitehead (monitoring the video

44

surveillance camera in the area) observed Stephanie O'SULLIVAN arrive at ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ At **10:32 am**, Trooper Whitehead observed Joseph PACHECO arrive at ▮▮▮ ▮▮▮▮▮▮▮▮ At **11:11 am**, Trooper Whitehead observed O'SULLIVAN and PACHECO leave the rear of ▮▮▮▮▮▮▮▮▮ enter their respective vehicles, and depart. On **December 30, 2016 at 2:11 pm,** investigators observed O'SULLIVAN arrive again and enter ▮▮▮▮▮▮▮▮ and exit and depart eight minutes later. Based on the investigation, I known that O'SULLIVAN and PACHECO are regular Taunton-based heroin customers of HERNANDEZ and ARIAS, and that before he left, ARIAS drove almost daily from ▮▮▮▮▮▮▮▮ to Taunton, where he met customers like O'SULLIVAN and PACHECO after intercepted communications revealed that he was distributing drugs to them. I believe that with ARIAS away, HERNANDEZ required the customers to come to ▮▮▮▮▮▮▮ so that he could continue his business and continue to avoid the risk of traveling with drugs by car. In addition, surveillance continues to reveal suspicious visits by other people active in HERNANDEZ's DTO. For example, on **December 22, 2016,** investigators observed ▮▮▮▮▮▮▮▮ enter HERNANDEZ's apartment and leave less than 10 minutes later. I know ▮▮▮▮▮ was intercepted frequently over the first two interception periods to arrange to deliver "cut" to HERNANDEZ. Accordingly, I believe that HERNANDEZ and ARIAS continue to use ▮▮▮▮▮▮▮▮ not only as their residence, but as the center of their DTO to receive, store, prepare, and distribute heroin, fentanyl, and other dangerous drugs. I believe that there is probable cause to believe that the items set forth in Attachment A will be found therein.

### 2) Jose ARIAS

50.     ARIAS is a Hispanic male born in 1995 who lives with his father Fernando HERNANDEZ at ▓▓▓▓▓▓▓▓ Providence, RI and helps him operate the DTO by distributing heroin, fentanyl, and other dangerous drugs and collecting drug proceeds. Evidence concerning his illegal activity is set forth in ¶¶ 12-14, 20, and 45-50 above. Additional evidence is summarized below.

51.     **Identity and Residence.**  ARIAS was identified by informant information, his Massachusetts driver's license photograph, surveillance, and additional records.   His identity and role were confirmed throughout the first and second interception periods.   I know ARIAS returned home from a trip to the Dominican Republic in late January, because investigators observed him on video surveillance at ▓▓▓▓▓▓▓

52.     **Probable Cause.**   As set forth above, ARIAS helps his father, Target Subject Fernando HERNANDEZ, sell heroin and fentanyl.   He was repeatedly intercepted during the two interception periods in communication with HERNANDEZ to deliver drugs or collect drug proceeds.   For example, on **August 6, 2016 at 1:51 pm**, TT #3 called ▓▓▓ ▓▓▓ 8142 and HERNANDEZ spoke to ARIAS.   HERNANDEZ told ARIAS that Roger (LONGMIRE) called asking for five and HERNANDEZ asked ARIAS to call Omar.   The rest of the afternoon and into the evening, HERNANDEZ had over a dozen calls with ARIAS (and a few to Bamboo and O'SULLIVAN) over TT #3 to coordinate deliveries to by ARIAS to Bamboo, Omar GUZMAN, Roger LONGMIRE, Marisa RUIZ, Stephanie O'SULLIVAN, JP TANGUAY, and others.

### 3)  Marisa RUIZ

53.     Ruiz was born in 1984 and lived at ▓▓▓▓▓▓▓ Taunton, MA.   She has no prior criminal convictions.   According to a Taunton Police report dated November 25,

2015, Taunton Police responded to ▮▮▮▮▮▮Apt. 2 for a well-being check of Marisa RUIZ and her three children.   RUIZ was home at the time of the check.   RUIZ was identified before interceptions began by a confidential informant as someone who delivered drugs for HERNANDEZ and she was intercepted numerous times during communications with HERNANDEZ which corroborated that RUIZ is an associate of HERNANDEZ who helps him sell heroin and/or fentanyl (see ¶¶ 11, 13, 16-19).   Her identity was confirmed by references to "Marisa" on the calls themselves, references to her ▮▮▮▮ apartment, and physical surveillance in which investigators observed her at the locations and times reflected in the intercepted communications.

### 4)  John TANGUAY

54.     TANGUAY was born in 1983 and lives at ▮▮▮▮▮▮▮ Taunton, MA. The investigation shows that during the first two interception periods, TANGUAY obtained heroin and fentanyl from HERNANDEZ on a daily basis and re-distributed some to others.   He also used some of the drugs he obtained.

55.     **Identity.**  Sprint records reveal telephone number ▮▮▮▮7872 was subscribed to JP TANGUAY, ▮▮▮▮▮▮▮ Taunton, MA, which I know to be his residence during the summer of 2016.   TANGUAY was intercepted in late June using ▮▮ ▮▮7872 and in later interceptions using ▮▮▮▮7085 and ▮▮▮▮9821.   He was identified based on voice comparisons by monitors and investigators, including me, and based on the calls themselves, in which he identified himself as John or JP and others in which HERNANDEZ spoke to RUIZ, GUZMAN, and others after speaking to TANGUAY and referring to him as John or JP.   For example, **on June 28, 2016**, HERNANDEZ received an incoming call on TT #3 from telephone number ▮▮▮▮7058.

HERNANDEZ asked "who's this?" to which the male voice responded "It's John Paul, I text you this is my new number." HERNANDEZ said, "oh, ok, ok," and the male voice explained, "I switched my number." I have reviewed calls with all three numbers and I concluded that user has the same voice, the person I have identified as TANGUAY. We also conducted surveillance and observed him travel to the locations directed by HERNANDEZ. TANGUAY's criminal history includes ████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

56. **Probable Cause.** TANGUAY communicated with HERNANDEZ multiple times on most days, almost always to obtain between 10 and 25 grams of heroin and/or fentanyl. (see also ¶¶ 12, 14, 15, 18). Sometimes he obtained drugs from HERNANDEZ twice in one day. TANGUAY has not been intercepted over TT #5.

### 5) Omar GUZMAN

57. GUZMAN was born in May 1977 and lives at ████████████████████ Apartment, Taunton, MA. His criminal history includes ████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

58.     **I believe GUZMAN used** ▓▓▓▓▓**1449**.  **On June 26, 2016,** TT #3 made an

outgoing telephone call (**Call 138**) to ▓▓▓▓1449, during which HERNANDEZ

identified the user of telephone as Omar.  ▓▓▓▓1449 is a Sprint number currently

subscribed to Everlyann GUZMAN of ▓▓▓▓▓▓ Taunton, MA (I do not yet

know whether and how Everlyann is related to Omar GUZMAN).    During several other

intercepted telephone calls made by HERNANDEZ over TT #3, HERNANDEZ directed

customers and associates to ▓▓▓▓▓▓Taunton, MA, sometimes telling

to see "Omar."    Omar GUZMAN has an active Massachusetts driver's license listing

his address as ▓▓▓▓▓▓ Taunton, MA.

59.     **Based on the other information set forth herein, (see ¶¶ 11, 13, 18, 52) I**

**believe GUZMAN is an associate of HERNANDEZ DTO who obtains heroin and/or**

**fentanyl and who then re-distributes the drugs to other customers.**   As with ARIAS,

RUIZ, RIVERA, TANGUAY, O'SULLIVAN, and LONGMIRE, GUZMAN was one of

the most frequent interceptees over the first two interception periods, contacting

HERNANDEZ multiple times a day to coordinate drug deliveries.   For example, on

**August 9, 2016 at 4:53 pm,** GUZMAN called HERNANDEZ and said he needed five.

HERNANDEZ said he was on his way.   On **August 9, 2016 at 5:09 pm,** HERNANDEZ

called ARIAS and told him to give five to GUZMAN and five to "Bori," another

customer.

### 6)  Stephanie O'SULLIVAN

60.     O'SULLIVAN was born in September 1986, and her criminal history includes

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ She was

identified as the user of cellular telephone number ████7897 and based on the intercepted calls and additional investigation, I believe she was a regular customer of HERNANDEZ who re-distributed some of the drugs she received to others.

61.     **Identity.**   On June 30, 2016, HERNANDEZ called from TT #3 to ████7897 and spoke with a female he referred to as "Stephanie," who I believe was O'SULLIVAN. Records reveal that ████7897 is a Sprint cellular number subscribed to Stephanie O'Sullivan.   Over the course of the interceptions, O'SULLIVAN was observed frequently on surveillance at common DTO locations in Taunton and, as set forth herein, has been observed at HERNANDEZ's residence.   On this basis, I believe O'SULLIVAN is the user of ████7897, who was often referred to by HERNANDEZ as "Stephanie."

62.     **Probable cause.**   Based on the information set forth herein (see ¶¶ 16, 18, 48, 49), I believe O'SULLIVAN obtained heroin and/or fentanyl from HERNANDEZ and redistributed it to others.   She was a frequent interceptee, often contacting HERNANDEZ multiple times a day.   For example, on **August 20, 2016 at 8:15 pm**, O'SULLIVAN called and said she is going to "need 10 in an hour." HERNANDEZ said he is on the highway and asked if she could come over there. O'SULLIVAN said she will and HERNANDEZ said he will give her one extra.   I believe the "10" referred to ten grams of heroin or fentanyl, and that HERNANDEZ agreed to give her an extra gram for coming to Providence to receive the ten grams.

### 7)  Crystal RIVERA

63.     RIVERA was born in April 1986, and resides at ████████████████
████ Providence, RI.   She was identified as the user of cellular telephone ████7232.

Based on intercepted calls and other evidence, I believe RIVERA helped HERNANDEZ distribute heroin and/or fentanyl. She has not been intercepted over TT #5.

64. **Identity.** Investigators observed HERNANDEZ riding as a passenger of a Honda Odyssey van registered to Crystal RIVERA. In intercepted telephone calls between TT #3 and telephone number ████ 7232, HERNANDEZ talked to a female identified by HERNANDEZ as "Crystal." Records reveal that ████ 7232 is a Sprint cellular telephone subscribed to Crystal RIVERA, ████████ Pawtucket, RI. I know RIVERA currently lives in Providence on ███████ In addition, investigators on surveillance observed RIVERA in Taunton during the course of the first two interception periods.

65. **Probable cause.** Based on the information set forth herein (see ¶¶ 14, 15, 48), RIVERA helped HERNANDEZ operate his DTO. She was intercepted frequently, and appeared to play a central role in packaging and distributing drugs for HERNANDEZ. For example, on **June 27, 2016 at 4:38 pm (Call 1602)**, HERNANDEZ called ████ 7232 and spoke to RIVERA and a male. They said there is 32.25 left and HERNANDEZ said 30 is 1200 and the male already owes him 200. **At 4:45 pm (Call 1609),** HERNANDEZ called RIVERA again and asked, "How much do you have?" She replied, "5.89." HERNANDEZ instructed her, "Make five for Bamboo and two for Omar."

### 8) Daniel WREN

66. WREN was born in 1985 and lives at ████████, Lakeville, MA. WREN's criminal history includes ████████████████

████████████████████

On Facebook, telephone number ████6458 is listed as a contact number for "Daniel WREN."

67.     **Based on the information set forth herein (see ¶ 17), I believe that WREN obtained heroin and/or fentanyl from HERNANDEZ and re-distributed some of the drugs he obtained**.   For example, on **June 24, 2016 at 3:51 pm (Call 492),** HERNANDEZ received a call from Wren (████6458) who said the "shit is not good," that all his "people are not feeling it."   HERNANDEZ told Wren that he is going to "change it" for him. Wren said that he would try to sell what he could sell.   **At 7:22 pm (Call 565),** HERNANDEZ called and asked how much he had to exchange and Wren said "twenty."   **On August 1, 2016 at 5:00 pm (Call 63),** HERNANDEZ received a call from ████6458 and spoke to WREN, who complained, "This shit is terrible." HERNANDEZ asked why, and WREN said, "You can't even fuck it up." HERNANDEZ asked if he wanted to change it and WREN said yes, that he had "like 15 or 16."   HERNANDEZ said he would call his son.   On **August 18, 2016 at 7:45 pm (Call 2140),** TT #4 received a call from ████6458 and HERNANDEZ told WREN he was eating but asked, "What do you need?"   WREN replied, "I need 20 when you are ready."   HERNANDEZ responded, "Okay, give me a couple of minutes, I'll be there." I believe these calls reflect WREN's orders from HERNANDEZ for heroin or fentanyl, WREN's reporting on the quality, and WREN's re-distribution to others (his "people are not feeling it.")

**9)  Roger LONGMIRE**

68.     LONGMIRE was born in 1982 and resides at ▮▮▮▮▮▮▮ in Taunton, MA. LONGMIRE's criminal history includes ▮▮▮▮▮▮▮▮▮▮▮▮



▮▮▮▮▮▮▮ LONGMIRE was identified as the user of cellular telephone number ▮▮▮8545 based on the calls themselves, in which HERNANDEZ and other Target Subjects referred to him as "Roger," and surveillance during which he arrived at places and times reflected in the intercepted calls.   Although already identified, his identity was apparent during the interceptions and surveillance and investigation on August 17, in connection with the seizure (see ¶ 27).   Based on this investigation, I believe that LONGMIRE obtains drugs from HERNANDEZ, some of which he re-distributes (see ¶¶ 19, 27, 51).   LONGMIRE has not been intercepted over TT #5.

**10) Carlos Miguel Gonzalez FIGUEROA, a/k/a UM 8639/0388**; ▮▮▮▮▮▮▮▮

**#2, Providence**

69.     **Identity**.   The user of ▮▮▮▮-8639 was identified early on as one of the heroin and/or fentanyl suppliers to HERNANDEZ (see the calls summarized below).   **By August of 2016**, UM 8639 began to use telephone number ▮▮▮▮0388, a determination that was made by monitors based on voice comparison after they initially

thought the user of this phone was ███████████.   UM 0388 continued to have

communications with HERNANDEZ indicating he continued to distribute heroin and/or

fentanyl to HERNANDEZ.   UM 8639/0388 was tentatively identified as Carlos Miguel

Gonzalez FIGUEROA, age 32, of ███████████ in Providence.   During the

interception of HERNANDEZ's phones, UM 8639/0388 frequently contacted

HERNANDEZ and agreed to meet him at HERNANDEZ'S residences in Providence

███████ and ███████████   Based on the timing of the calls and

corresponding surveillance, we identified UM 8639/0388 as the user of a gray Ford Edge

bearing Massachusetts license plate number 4GA P30 and VIN ███████████,

registered to Carlos Miguel Gonzalez FIGUEROA, with a mailing address of ██

███████████ Providence, RI, and a listed residential address of ███████

███████, Lowell, MA.   In **August,** DEA agents placed a court-authorized tracking

device on the Ford Edge, and as a consequence, on **August 22, 2016**, other agents and I

observed the vehicle drive from ███████████ until Providence Police Officer

Michael Troia conducted a traffic stop.   The operator and sole occupant of the Ford Edge

produced a Massachusetts driver's license in the name of Carlos Miguel Gonzalez

FIGUEROA, (age 32), the registered owner of the car.   Officer Troia noted that the

license photograph matched the operator of the vehicle.   However, in light of the

prevalence of false identification documents we have encountered in this investigation, I

do not know if this is FIGUEROA's true identity.

70.     **Intercepted Communications from June through August of 2016 Revealed**

**that FIGUEROA Repeatedly Agreed to Supply HERNANDEZ with Heroin or**

**Fentanyl.**   In particular, on **June 23, 2016 at 8:23 pm (Call 329),** HERNANDEZ called

8639 and said to FIGUEROA, "Look, tomorrow I'm going to need you, right now is late. Look, you don't have white food from the other one?" FIGUEROA said no, and HERNANDEZ exclaimed, "Damn it! One friend of mine who wanted half, you don't know who has a half?" FIGUEROA said no, and added, "I have another buddy that gives me that shit in whole if he has some, but in a whole, you understand? If I tell him to bring me one, he brings it to me, but I don't have anybody to give it to right now, you understand?" Based on my training and experience, I believe "half" of the "white food" referred to a quantity of drugs, likely fentanyl that HERNANDEZ wanted because he had a customer to purchase that amount. FIGUEROA said he could get a kilogram ("a whole one"), but that he did not have a customer ready for the half kilogram that would remain if he sold one half kilogram to HERNANDEZ.

71.    Likewise, on **June 24, 2016 at 5:46 pm (Call 524),** HERNANDEZ called 8639 and spoke to FIGUEROA and asked, "I was going to ask you, that 'food,' what does it eat?" FIGUEROA replied, "Oh, to that you are going to add the five. How much where you adding to the other one?" HERNANDEZ answered, "Yes, but I was asking to know for when I get home in a couple of minutes, I run and do that there." FIGUEROA said, "Yeah, no, you can add five, If you want to add 10 less, add 10 less so they don't tell you anything, you understand? But everybody here is messing with that, and nobody says anything, over there to the L." HERNANDEZ said he would "add the four", and FIGUEROA said, "not one person would complain with that." Based on my training and experience, I believe HERNANDEZ was asking FIGUEROA how much cut he could add to the heroin or fentanyl ("food") and that FIGUEROA replied that HERNANDEZ that he could add 5-10 grams of cut to the 5 grams of heroin or fentanyl.

When HERNANDEZ replied that he was going to add "four," FIGUEROA assured him that no one would complain, meaning that users would be satisfied with the potency of the drugs.

72.    **On June 30, 2016, at 9:20 am**, HERNANDEZ called FIGUEROA (█████-8639) and HERNANDEZ asked him to come by the house.   FIGUEROA asked, "Do you need something?" and HERNANDEZ answered, "Like 50 pesos."   FIGUEROA said he would be right there.   Based on my training and experience, I believe during this call HERNANDEZ ordered 50 grams of heroin and/or fentanyl.

73.    **On August 7, 2016 at 11:45 am (Call 11364),** TT #3 called █████0388 and HERNANDEZ spoke to FIGUEROA.   HERNANDEZ complained that FIGUEROA does not stop calling as soon as Friday comes.   FIGUEROA explained he is "behind" and needs "to resolve."   He said he obtained 3 of that stuff for $195,000 in Boston 3 or 4 days ago, and when the time comes he needs to resolve. I believe in this call, FIGUEROA wanted HERNANDEZ to pay for previously distributed drugs, because FIGUEROA needed to pay his suppliers.

74.    **Residence**.   I believe that FIGUEROA resides at ████████ Apartment #2, in Providence because since **August of 2016**, investigators have been monitoring a video surveillance camera outside that address and it shows FIGUEROA entering and exiting the front doorway of ████████ Apartment #2 on a daily basis.

75.    **Use of Residence**.   I further believe FIGUEROA is using his ████████ residence to store drugs, drug packaging materials, and drug proceeds not only because I know drug traffickers typically use their residences in such manner, but also because of the intercepted communications referred to above, which tend to show that FIGUEROA

keeps drugs on hand in his residence, and because of two trash pulls on **August 24, 2016**

and **January 9, 2017**, the observation of an apparent drug deal on **October 3, 2016,** and

the observation of a suspected delivery of "cut" on **December 20, 2016.**

76.     **Trash Pulls**.   In particular, on **August 23, 2016**, I observed (via the video

surveillance camera) FIGUEROA exit the front doorway of ███████████ #2, and

discard a white plastic bag into a trash barrel located in a common driveway of ██████

██████ Street.   In the early morning hours of **August 24, 2016**, DEA Agent Tyler

Field and I recovered the same white trash bag from the trash barrel. We searched the bag

and discovered numerous clear plastic bags with the corners removed.   Likewise, on

**January 9, 2017**, DEA Agent Angelo Meletis observed FIGUEROA exit the doorway of

███████████ #2, and discard a white plastic "Macy's" bag inside a trash dumpster

located in the same common area.   Several hours later, Trooper Jeff Whitehead

recovered the white "Macy's" bag.   A search of this bag resulted in the discovery of a

rectangular shaped opened heat sealed bag and three clear plastic sandwich bags with the

corners of the bags removed which is consistent with narcotics packaging for distribution.

I know that controlled substances, particularly smaller gram and fractional quantities of

heroin, are frequently sold in packaging consisting of the corners of clear plastic bags,

which are filled with heroin and tied off.   I also know that larger quantities of drugs, and

particularly heroin, are transported and distributed in larger wholesale quantities in heat-

sealed packages shaped like a rectangle.

77.     **Apparent Drug Transaction**.   **On October 3, 2016, at 2:57 pm**, TFO Kyle

Montagano observed a gray 2015 Chrysler 200, registered to Enterprise Rental, enter the

driveway of █████████████     The operator, a Hispanic male, briefly exited the

vehicle.   Moments later, FIGUEROA exited the front doorway of ⬛⬛⬛ #2,

walked to the car, opened the front passenger door, and removed from his right front

pocket a white object whose size and shape was consistent with a wholesale quantity of

drugs.   The driver re-entered the car, and FIGUEROA leaned in from the passenger

door.   As he leaned back out of the car, FIGUEROA placed what appeared to be an

unknown amount of currency into his left rear pocket.   The car then departed and

FIGUEROA re-entered ⬛⬛⬛ #2.   The interaction between the two men

lasted less than three minutes.   Based on my training and experience, I believe the use of

a rental car, short meeting, and apparent exchange of an object for cash were all

indications that FIGUEROA distributed narcotics to the unknown driver and uses his

residence at ⬛⬛⬛ #2 to store, package, and distribute drugs and store drug

proceeds.

78.   **Delivery of Suspected "Cut" on December 20, 2016**.   On that date,

investigators reviewing the recording of the remote video camera observed ⬛⬛⬛

⬛⬛⬛ arrive and enter ⬛⬛⬛ #2 and exit and depart less than five

minutes later.   Based on the interceptions and surveillance during the first two

interception periods, I know that ⬛⬛⬛ regularly delivered "cut" to

HERNANDEZ in Providence in order to dilute heroin and fentanyl.   I believe

⬛⬛⬛ delivered cut on this occasion as well, and that this tends to show that

FIGUEROA still uses his apartment to receive, store, prepare, and distribute heroin and

fentanyl and that there is probable cause to believe the premises contains the items listed

in Attachment A.

**11) ALEX, a/k/a "Antonio Moraima," a/k/a "Fernando RIVERA-RODRIGUEZ;"** ▓▓▓▓▓▓▓▓ **Second Floor**

79.    **Identity.**    ALEX has identified himself as Antonio Moraima, but I do not know his true identity.    I know, based on interceptions, video surveillance, and physical surveillance, that he continues to reside at ▓▓▓▓▓▓▓ in the Mattapan section of Boston, and uses ▓▓▓▓1658 (TT #5) to communicate in furtherance of the Target Offenses. Callers have referred to him "ALEX" or "Antonio Moraima" in intercepted communications.    **On August 9, 2016**, we arranged for a traffic stop to identify ALEX. During the stop, he produced a Maryland driver's license in the name of Fernando Rivera Rodriguez, with a date of birth of ▓▓▓▓, 1985.    I believe Fernando Rivera Rodriguez is a false identity because ALEX is evidently living in Massachusetts, not Maryland, and because in calls intercepted on August 11 (not April 28), 2016, his mother and other relatives wished him a happy birthday, which he and his mother agreed was his 36th, not his 31st.    Based on intercepted communications and additional investigation, I believe ALEX supplies heroin and/or fentanyl to HERNANDEZ and others, and robs other drug dealers.

80.    **Residence.**    I know ALEX resides at ▓▓▓▓▓▓▓ Second Floor Apartment, in Mattapan, MA.    I know this from a variety of sources including intercepted communications and physical and enhanced surveillance.    Most recently, on **February 6, 2017**, ALEX called Verizon to obtain internet service and said his name was Giovanny Diaz and that he lived at ▓▓▓▓▓▓ Mattapan, on the second floor.    In addition, during the course of the investigation, in order to track ALEX's comings and goings, DEA installed a video surveillance camera outside of his residence at ▓▓▓▓▓▓▓

59

Mattapan, which is a difficult location at which to conduct physical surveillance. Based on the video surveillance of his residence, I know that ALEX spends a significant amount of time each day at ▮▮▮▮▮▮▮ and that his use of TT #5 is more extensive and pertinent when he is away from the residence. (I believe, based on this pattern, and on ALEX's references to the encrypted text messaging application "WhatsApp," and on communications that we have not intercepted, that, in addition to using TT #5, ALEX also communicates with his drug and robbery associates via WhatsApp and possibly via computer, but normally only while at his home.)

81. **Recent interceptions have revealed evidence that tends to show that ALEX prepares drugs such as heroin and fentanyl in his residence.** For example, on December 27, 2016, ALEX contacted HERNANDEZ-DIAZ and BLANCO to bring him a press and a blender in order to prepare drugs for sale. In particular, on December 27, 2016 at 3:05 p.m. (Call 9676), ALEX called ▮▮▮▮▮▮5868 and asked Wilmi HERNANDEZ-DIAZ to "see if you can get me the press. I'm going to do something later. I'm going to make a mixture there." ALEX said HERNANDEZ-DIAZ should bring the materials to him whenever he had time. HERNANDEZ-DIAZ asked, "Are you at the house?" and ALEX replied, "I'm going over there now." At 5:42 p.m. (Call 9721), ALEX called "BLANCO" and said, "Lend me the blender to do something, I'll bring it back later." Based on my training and experience, I know that heroin is often pressed into "fingers" (units of 10 grams) and other sizes for resale. I also know that blenders are often used to mix drugs like heroin and fentanyl with cutting agents that reduce purity but increase profits. I believe in these two calls, ALEX asked HERNANDEZ-DIAZ and BLANCO to bring him a press and a blender to his residence

at ▓▓▓▓▓▓ in Mattapan in order for ALEX to prepare at heroin and fentanyl for re-sale. I further believe, based on all the evidence set forth herein, that ▓▓▓▓▓▓ contains the items set forth in Attachment A.

**12) Jeffrey Anthony FREITAS,** ▓▓▓▓▓▓

82.    FREITAS was born in 1985 and lives at ▓▓▓▓▓▓ in Bridgewater, MA. FREITAS was: ▓▓▓▓▓▓



▓▓▓▓▓▓ FREITAS has been intercepted over TT #5 using cellular telephone numbers ▓▓▓3319, ▓▓▓4526, and ▓▓▓5113.   Based on the intercepted calls between FREITAS and ALEX over TT#5 set forth herein, I believe FREITAS obtains heroin and fentanyl from ALEX and redistributes it to customers, including customers from Maine.

83.    **Seizure**.   As further set forth above, on **December 29, 2016**, officers recovered 50 grams of heroin, 50 grams of fentanyl, and 200 grams of cut from Daniel Emery, FREITAS's brother in law, at ▓▓▓▓▓▓ (FREITAS's residence) after intercepting calls in which FREITAS coordinated the delivery of the drugs from ALEX to Emery. Thereafter, FREITAS and ALEX argued and did not contact one another for a time.

84.    **Renewed Contact**.   On **January 30, 2017 at 6:54 pm (Call 12884)**, ALEX called FREITAS (▓▓▓5113) and said he needed $35,000.   FREITAS said he lost money, but got money back and could work again.   ALEX said he had good stuff. Since then, there have been few contacts between FREITAS and ALEX.   Based on the

prior interceptions and events, I believe there is probable cause to believe that FREITAS

continues to store, package, and distribute drugs from his ▮▮▮▮ residence.

**13) Glendalee RODRIGUEZ;** ▮▮▮▮▮

85.　　Glendalee RODRIGUEZ was born in 1983 and now lives at ▮▮▮▮▮

▮▮ Apt. 1, in Fall River, MA.　I know that she has resided at this address since

October of 2016 based on physical and enhanced surveillance.

86.　　**Her Car is Registered to** ▮▮▮▮▮ **Apt. 1 and Frequently**

**Parked There.**　In particular, **on January 4, 2017 at 6:24 p.m. (Call 11132),** ALEX

called Wilmi HERNANDEZ-DIAZ ▮▮▮5868) and said he's going to register the

Acura tomorrow. ALEX said he wanted the plate to be from Fall River, and will give

money to Glendalee RODRIGUEZ.　On **January 5, 2017 at 1:13 p.m.,** TFO Kyle

Montagano remotely (from a video surveillance camera) observed a gray Acura backing

out of the driveway at ▮▮▮▮ Mattapan, MA. The vehicle bore Massachusetts

Registration 8JK391. RMV records reveal the Acura was registered on **January 5, 2017**

to Glendalee RODRIGUEZ, of ▮▮▮▮▮ 1, Fall River, MA 02721. On

**January 17, 2017**, DEA obtained a warrant and later installed a device to track the

location of the Acura.　Since that time, the data and physical surveillance show the

Acura has been parked on a nightly basis in front of ▮▮▮▮▮ Prior to

early January, in late 2016, DEA obtained warrants to track the location of other vehicles

used by RODRIGUEZ.　That data also confirmed that she has resided at ▮▮▮▮

▮▮ for the past several months.

87.　　**Telephone.**　RODRIGUEZ uses cellular telephone number ▮▮▮2529, which

is subscribed in the name of Glendalee RODRIGUEZ of ▮▮▮▮ Fall River, the

address of her former residence.   ALEX has referred to the user of the phone as "Glendalee" or "Glenda" during multiple calls intercepted over the course of the investigation.

88.     **Probable Cause**.   As set forth above, RODRIGUEZ has been intercepted frequently over TT #5 communicating with ALEX about meeting ALEX's drug customers, obtaining drugs from suppliers, and assisting with potential robberies (see ¶¶ 30, 33, 38, 40, 41, 42, 43).   In one conversation on **January 27, 2017 at 5:41 pm (Call 12309)**, ALEX called MORALES-ORTIZ (▆▆▆▆ 1881) and complained that he spends about "1,500 a month on cabs," to make drug deliveries, and that is "the same amount that he was giving Glenda." I believe ALEX meant that he paid RODRIGUEZ about $1500 per month to deliver drugs and collect drug proceeds.

89.     **Use of** ▆▆▆▆▆▆▆▆▆▆▆      I believe RODRIGUEZ uses ▆▆▆▆▆▆ ▆▆ 1 Fall River to store, package, and distribute drugs.   My belief is based on the intercepted communications set forth above, and additional intercepted communications which tend to show that ALEX calls RODRIGUEZ multiple times a day, usually in order to coordinate her delivery of drugs to various customers, and that she typically has drugs on hand.   For example, on **August 26, 2016 at 12:02 pm (Call 3026),** ALEX called his mother and then spoke to an unknown male referred to as "Tono" about the operation of ALEX's farm in the Dominican Republic.   During the 40-minute call, ALEX twice answered another phone and could be overheard speaking, first to an unknown male who identified himself as "Omar," and then to an unknown female.   Omar said, "I wanted to know if I could see you for another one," and ALEX asked, "another ball?"   ALEX said, "Yes, I have it there, but pass by where Glenda lives.   She has it."   ALEX answered a

63

second call and could be overheard speaking to a woman who monitors recognized as Glendalee RODRIGUEZ, based on voice comparison. ALEX told RODRIGUEZ to get it "out of the stuff I left you there at the house, the hard one of the small one. The one that is in the drawer where you stash. You are going to grab that and weigh for Omar, your brother, 3.5. You know how to weigh that, right?" RODRIGUEZ said, "Of course," and ALEX continued, "You are going to give it to him, he is going to give you one and a half, and you bring it to me. And you put the other one there, out of the hard one, the cooked one." I believe in this call, ALEX instructed RODRIGUEZ to retrieve from her drawer and weigh three and half ounces of heroin and/or fentanyl to distribute to Omar. Telephone toll records for ██████2529 (the number used by RODRIGUEZ) showed that it called ████████-1559 at **12:08 pm on August 26, 2016**, the same time ALEX spoke to RODRIGUEZ as summarized above.

**14) Wilmi HERNANDEZ-DIAZ,** ████████████████ **Second Floor**

90. HERNANDEZ-DIAZ was born in March 1995 (age 21) in the Dominican Republic and lives at ████████████ Second Floor Apartment, left side, in Boston, MA. He has been identified as the user of cellular telephone number █████-5868 and based on the intercepted communications and additional investigation, I believe he is a close associate of ALEX who distributes drugs and robs and steals drugs from other drug dealers.

91. **Identity.** Based on the events of **November 3, 2016**, New Bedford Police stopped HERNANDEZ-DIAZ, ALEX, MORALES-ORTIZ, SOTO, and TEJEDA and intercepted calls confirmed that HERNANDEZ-DIAZ used ████████5868 (see ¶ 38). In

addition, on **January 17, 2017,** DEA obtained warrants to track the precise location of

████████-5868 and frequently observed HERNANDEZ-DIAZ as a result.

92.     **Probable Cause**.    Based on the information set forth herein (¶¶ 35, 38), I believe

HERNANDEZ-DIAZ is a drug and robbery associate of ALEX, and that, as recently as

**January 5, 2017**, HERNANDEZ-DIAZ helped ALEX in his unsuccessful attempt to rob

someone for two kilograms of fentanyl (see ¶ 43). In addition, I believe he continues to

obtain drugs from ALEX.   For example, on **January 8, 2017, at 8:05 p.m. (Call 11899),**

ALEX texted HERNANDEZ-DIAZ, "Hey for when will you have mine."

HERNANDEZ-DIAZ replied, "On Tuesday."   I believe in these texts, ALEX asked

when HERNANDEZ-DIAZ would pay him money for the drugs ALEX distributed to

him, and HERNANDEZ-DIAZ replied he would have the money on Tuesday, most likely

because he was waiting for other drug customers to pay him back.

93.     **Residence.** Based on the extensive use of the warrants for precise location

information about ████████5868, I know HERNANDEZ-DIAZ resides in the building

denoted ████████████████████ in Boston, a three story apartment building with at

least two apartments on each floor.   In addition, intercepted communications with ALEX

and HERNANDEZ-DIAZ and others, the interceptees have indicated that

HERNANDEZ-DIAZ resided at that building, or was present there.   I have observed

many of the Target Subjects coming out of or outside the building as well.   I have

spoken with knowledgeable Boston police officers who have frequently been called to the

building and they have advised me that many of the apartments within the building are

not to code and may be occupied by many different roomers sharing common facilities.

It has been difficult to determine precisely which apartment or room HERNANDEZ-

DIAZ resides, although he has told ALEX to "come up." Likewise, the technical agents utilizing the equipment to determine the precise location of his cellular telephone have reported that in their best judgment, he was present on the second floor left hand side.

94.     **Use of Residence to Store, Package, and Distribute Drugs**.   I believe HERNANDEZ-DIAZ is using his apartment to receive, store, prepare, and distribute drugs.   That assessment is based on general knowledge, and specific instances in this case, including observing HERNANDEZ-DIAZ and ALEX in the vicinity of the apartment frequently, the calls during the arrest of BULTO (NEGRON)(see below) and the call in which ALEX asked HERNANDEZ-DIAZ to bring over the press (see above). After the latter call, we observed HERNANDEZ-DIAZ entering ALEX's apartment with a large suitcase, which he had said he would use to allay suspicion.   I believe he brought it from his residence, further supporting his use of his residence in drug trafficking.

### 15) Jose CAMACHO, a/k/a "TRAGA"

95.     Jose CAMACHO is a Hispanic male who I believe resides at ⬛⬛⬛⬛⬛ in Boston.   CAMACHO received a 36-month federal prison sentence for possession with intent to distribute more than 5 kilograms of cocaine.   CAMACHO uses cellular telephone ⬛⬛⬛6959 and based on intercepted communications and additional investigation, I believe that he is a drug associate of ALEX.

96.     **Identity**.   CAMACHO was identified based on an intercepted call between TT #5 and ⬛⬛⬛6959 (the phone used by the person referred to as "TRAGA") on **December 24, 2016 at 4:11 p.m. (Call 9182)** in which TRAGA said that he was arrested by State Troopers for presenting false identification following a car stop by Exit 8.   He told ALEX he made bail and has to go back to court on February 22.   Based on this and

other information in the call, investigators identified and reviewed the Massachusetts State Police report of the stop. The person referenced was booked under the name Jose CAMACHO and provided a telephone number of ██████6959.

97. **Probable Cause**. Based on the information set forth herein, I believe CAMACHO is involved in drug distribution and robbery with ALEX. In particular, during the most recent period, CAMACHO was intercepted in several communications in which he agreed to supply drugs to ALEX. Additionally, on November 7 and 8, 2016, TRAGA and ALEX planned a robbery of a drug dealer.

98. **On December 14, 2016, beginning at 12:46 pm (Call 7417),** ALEX had a series of communications with TRAGA about a large federal drug raid. TRAGA sent a text that said, "Tell me sonny. I need that to pay those people. They are making me crazy." ALEX replied, "Buddy you saw the raid that the FBI made. I have not been able to work but I will give it to you tomorrow." Call 7418). **At 12:58 pm (Call 7423),** TRAGA called and said they took 25 people. ALEX said, "They took everybody from Hancock with dealership and everything. They tool 70 vehicles. They grabbed everybody. Everyone who was a hot shot went down on this round." TRAGA replied, "You know, it now is when things are good, bud. I like it now." ALEX commented, "Nah, the things are going to be good, but dude, I have not gone out in three days." TRAGA said, "Now is when we are going to take advantage. Figure! All those people are locked. You don't wish for anyone to be caught, but the bad thing that happens to some people is to the benefit of others." ALEX said, "Those people were the ones controlling everything here. They all went down."

99.     **On December 19, 2016, at 12:41 p.m. (Call 8314)**, ALEX called CAMACHO (███████6959), and CAMACHO said he was waiting for ALEX.   ALEX said he "threw one just now and got back 22.8 almost 23."   CAMACHO said that he was "clear" to ALEX, that he was "not trying to trick him."   ALEX said, "I'm going to call you in the evening so you come by to get the money.   At how much are you going to put that for me?"   CAMACHO said, "I told you sonny, at 27."   ALEX said, "Alright man, I'm going to grab it from you like that, so we help each other.   And you don't have any more of that stuff?"   CAMACHO clarified, "No, right now.   Tomorrow in the evening, when I go down wherever I'm going is when I'm going to have a slab."   ALEX said, "Man, see if you can get some of that same stuff for me, yellow like that.   The black dude likes it, because I put it at 28 for him, and I told him, 'Whatever it drops down, you are going to pay me whatever it gives you back.'" CAMACHO said, "So tomorrow I'm going to bring a bunch of that stuff because I brought one to try, because you know that there's people that don't like it like that."   ALEX said, "Talk to them to buy two from them."   I believe in this call CAMACHO and ALEX first discussed how ALEX prepared and cut drugs received from CAMACHO ("threw one just now and got back 22.8.") and then asked for additional drugs which CAMACHO said he could supply the next day.

I believe these and other calls show that ALEX obtained drugs from CAMACHO, mixed and prepared them, distributed them (to BULTO, see below), and was satisfied with the quality.

### 16)Yeurys TEJEDA, a/k/a "SANTOS"

100.     Yeurys TEJEDA, a/k/a SANTOS was born in February 1988.   SANTOS uses cellular telephone number ███████6532 and he was identified by New Bedford Police

during the attempted robbery on **November 3, 2016** (see ¶ 38). Based on intercepted communications and other investigation set forth above, I believe SANTOS is a drug and robbery associate of ALEX who set up the attempted robbery on November 3.

101. **Identity.** In addition to the events of **November 3, 2016**, the subscriber records for his cellular telephone (████6532) reveal that the number is subscribed in his name and lists his address as ████████ Apt 2, Roslindale, MA, which is also the address reflected for him in records from the Massachusetts Registry of Motor Vehicles (RMV). We have conducted limited surveillance at that address, which is a dead end street, but have yet to confirm whether or not SANTOS resides there. SANTOS has no known criminal history. Based on intercepted communications, I believe he was born in the Dominican Republic. On or about **December 28, 2016**, SANTOS stopped using ████6532. I do not presently know what number SANTOS is using.

### 17) Juan MORALES-ORTIZ, a/k/a "JOSIEL"

102. Juan MORALES-ORTIZ, a/k/a "JOSIEL;" was born in October 1989. He was identified as the user of cellular telephone numbers ████9385 and ████1881 and the intercepted communications and additional investigation show he is a drug and robbery associate of ALEX.

103. **Identity.** MORALES-ORTIZ was identified as the user of ████9385 following the stop by New Bedford Police on November 3, 2016 during the attempted robbery. **On January 4, 2017 at 7:19 p.m. (Call 11175),** ALEX called ████1881, and spoke to MORALES-ORTIZ. Monitors of the call did a voice comparison between the user of ████881 and the user of ████9385, and concluded that MORALES-ORTIZ was the user of both. His criminal history lists his address as ████████

Apartment 3, Dorchester, MA, which 3 is the residence of Target Subject Isis Y LUGO-GUERRERO, a/k/a "Izzy," who is ALEX's sister. The criminal history also variously lists his place of birth as the Dominican Republic, Puerto Rico, and Rhode Island.   It further reflects he was arrested in 2015 and charged with trespassing in Boston, although the disposition of that matter is not revealed.

104.   **Residence**.   On **January 17, 2017,** investigators obtained warrants and began to obtain precise location data for MORALES-ORTIZ's cellular telephone - ▇▇▇▇1881. The data reveals that MORALES-ORTIZ resides in the ▇▇▇▇▇▇▇ apartment complex in the Brighton section of Boston, MA.   Although he frequently appears at ▇ ▇▇▇▇▇ I do not believe he resides there.

105.   **Probable Cause.**   Based on the information set forth above, I believe MORALES-ORTIZ is involved with ALEX in drug distribution and robbery (see ¶¶ 35, 38, 42).   In addition, other calls reflect his drug and robbery conduct.   For example, in **October and November of 2016**, during the run-up to the attempted robbery on November 3, MORALES-ORTIZ was intercepted using ▇▇▇▇9385 to arrange to meet so ALEX could get a pistol.   For example, on **October 31, 2016, at 3:12 pm** (TT #5, Call 5089), ALEX called MORALES-ORTIZ and said, "bring me the little pistol to the house, that I need it now. You are not worth it, I'm going to do my own shit by myself. Go to shit. Bring it there right away."   Later calls revealed that MORALES-ORTIZ transferred the gun to ALEX.   As noted, MORALES-ORTIZ communicated with ALEX over ▇▇▇▇9385 to help plan the attempted robbery in New Bedford on November 3, 2016, and he was present and identified by law enforcement officers who prevented the

robbery.   Thereafter, MORALES-ORTIZ continued to be intercepted over TT #5 using ████9385 until late December, 2016.

106.   As recently as **January 4, 2017 at 7:19 p.m. (Call 11175),** ALEX called ████ ████1881, and spoke to MORALES-ORTIZ.   MORALES-ORTIZ said he could "only send less than $1,000."   ALEX said they "should go to another place," and thought the problem arose because "the lady saw him."   MORALES-ORTIZ said he could send "two wires of 1000 each."   I know that ALEX has frequently been intercepted communicating with members of his family in the Dominican Republic about sending them thousands of dollars via wire transfers, and particularly about what names will be listed as the sender and receiver of the money, as the money is regularly sent by and to someone other than the true sender and receiver.   I believe in this call that MORALES-ORTIZ was attempting to wire money on ALEX's behalf, and that he was having issues with the amount to be sent.

### 18) Jancer SOTO

107.   Jancer SOTO was born in July 1991 in the Dominican Republic and currently resides at ████████████ Apartment #6, Boston, MA.   He was identified as the user of ████9912 and ████9761 and the intercepted communications and other investigation and evidence showed that he is a drug and robbery associate of ALEX.

108.   **Identity**.   SOTO was identified as the user of ████9761 (TT #6) and ████ ████9912 (TT #7) in my affidavit of December 9th in support of the interception of those cellular telephones.   SOTO was the listed subscriber for TT #6, he was intercepted using TT #6 during the attempted robbery in New Bedford on November 3, 2016, and he was

identified at the scene driving a car registered to him with ALEX and SANTOS as passengers.

109. **Residence**. During intercepted communications over TT #7, SOTO frequently ordered food to be delivered to ████████████ Apartment #6, Boston, MA. Additionally, during surveillance, other agents and I have observed parked outside of this address vehicles that we have previously seen driven by SOTO.

110. **Probable Cause**. Based on the information set forth above (see ¶¶ 37, 38, 39), including interceptions occurring over TT #7, I believe SOTO is involved with ALEX in drug distribution and robbery and uses his residence to receive, store, package, and distribute drugs. For example, on **November 12, 2016, at 11:51 am (Call 6758),** ALEX using TT #5 called TT #6 and SOTO asked ALEX to get some "brown" because SOTO was running out. SOTO asked if, "the brown one is far away." ALEX said it was "close by," and SOTO said it was "not for now, but for later." ALEX said "not to worry," that "the brown stuff was saved" for SOTO. ALEX said he had just "2 ounces left," and he wanted to call someone to "bring one to him" and then "steal it." ALEX told SOTO to "call Jose" to see if they "can organize on when they all will do the 2 jobs," and to see if they are doing the "one in Boston." ALEX said that today "all he wanted is to rob." SOTO said he would get "Jose ready." They both said they are "desperate for money." ALEX said MORA (HERNANDEZ) said his guy is going out today, but he could be talking "bullshit." **At 5:41 pm (Call 6810),** ALEX called and SOTO reported that Jose had come up "with bullshit," and had told SOTO that he was checking, but nothing was true. ALEX said that "MORA" (HERNANDEZ) was "full of shit too, selling dreams." ALEX said he would like to send "the Morenos to break all of them"

(referring, I believe, to HERNANDEZ and Jose). SOTO asked about the other boy. ALEX said the boy is not ready for tomorrow, and "the boy only has 3" and it is a group of people for "just 3 little things." ALEX said that "something with 7 or 8 things" would give each member something. I believe the "brown" referred to heroin and that ALEX was saving two ounces of it for SOTO to sell. I further believe that the "jobs" referred to drug robberies and that ALEX hoped "Jose" and MORA would tell ALEX and SOTO about good targets to rob, but that neither came through as hoped.

111. **Likewise, on December 13, 2016, at 6:42 p.m. (Call 98),** TT #7 called ▓▓▓▓ 5757 and UM 5757 asked SOTO, "Can you let me borrow ten numbers?" SOTO replied, "Of course, from the white one or the brown one?" UM 5757 replied, "From the white one." SOTO said, "If you wait until tomorrow, I can even give you fifty tomorrow." UM 5757 said, "No, I need it for tonight." SOTO said, "Alright, well not for tonight. If you had told me earlier I would have been able to get it for you, bro. Tomorrow early I can bring you fifty of the white one if you want, with the 4 and 5." UM 5757 said, "Do it, because I have some good money." I believe that in this call SOTO agreed to supply UM 5757 with 50 grams of fentanyl ("fifty" from "the white one").

112. On **January 10, 2017 at 2:10 pm**, SOTO called an unknown male and asked, "How many did you send me?" The male replied "200." SOTO said, "Are you sure? It doesn't look like 200 dude." After being told to count them, SOTO said, "I'll check when I get home, I can't count it right now but I'll check." I believe the 200 referred to illegal pills and SOTO did not think the quantity was 200, but he said he would wait till he got home to count them. This communication tends to show that SOTO stores drugs

73

at his residence.   Later the same day, **at 6:08 pm,** SOTO spoke to another male referred to as Tony, who asked "What's up with them percs man?" I know that "percs" is commons street slang for Percocet, a popular prescription pill often sold illegally without a prescription.   SOTO said, "Yeah I got 10s and the 20s."   Tony asked "How much for a pack of 10?"   SOTO replied, "Damn, I sell them by like 50 cuz."   In a call a half hour later, SOTO told Tony, "I'm going to give it to you, give me 20 pesos, I'll give it to you three for twenty."   During a later call, SOTO and Tony agreed to meet inside the vestibule area of ███████████ I believe this evidence tends to show SOTO had illegal pills at his residence and sold 20 of them to Tony.   I further believe that these and other intercepted calls like them reveal that SOTO deals drugs on a smaller scale than ALEX, and often does not have drugs on hand.

113.   **SOTO also checked in regularly with ALEX to see if there were any opportunities to rob other drug dealers.**   For example, on **January 6, 2017, at 9:19 p.m. (Call 11658)**, SOTO called ALEX and ALEX said that "they" (referring to MORALES-ORTIZ and others), robbed someone "the day before yesterday" (January 4). SOTO responded that "they" told him about it.   ALEX said, "I almost had one.   I was going to take two, but it slipped my hands (referring to the attempted robbery on January 5, see above)."   ALEX said that "when it is something big like that, they do it with the morenos; but when it's something like 100 or 200, then JOSIEL and WILMI do it." ALEX then put an unknown male on the phone, and SOTO told him to save SOTO's number so that "we can go rob some guys."

114.    Based on the above, I further believe that SOTO uses his residence to receive, store, prepare, and distribute illegal drugs and that the items described in Attachment A are present within the premises.

**19) Jose NEGRON, a/k/a Roberto RODRIGUEZ, a/k/a Edwin PADILLA, a/k/a UM 0851, a/k/a Luisito "BULTO;"**          **#6**

115.    NEGRON, or "BULTO," is a Hispanic male whose true name is unknown, and who resides at ▮▮▮▮▮▮ Apartment 6, in Boston, MA.   NEGRON used telephone number ▮▮▮-0851, until his arrest on **January 27, 2017,** after which he used ▮▮▮ 3325.   He was frequently referred to in intercepted calls as "BULTO," or "Luis," or "Luisito."   Based on intercepted communications and other investigation, I believe he distributes drugs for ALEX and works out of his residence at ▮▮▮▮ ▮▮▮ Apartment 6, Boston, MA.

116.    **Identity**.   On **January 27, 2017**, "BULTO" was arrested at ▮▮▮▮▮ ▮▮▮ and charged with unlawful possession of a firearm and assault with a dangerous weapon. According to the police report, at 2:45 pm, Officer Leon was contacted by the victim who said the suspect, whom he knew lived at ▮▮▮▮▮▮ put a gun to his head during a confrontation.   Multiple police officers immediately responded to ▮▮ ▮▮▮▮▮ and located and arrested a person who identified himself as Edwin Padilla, who the victim identified as the person who put a gun to his head.   They did not recover a firearm.   During booking, Boston police determined that his true name was Jose NEGRON, with a date of birth of ▮▮▮▮ 1979 and a "master name" (previous alias) of Roberto M. Rodriguez.   The person identified as NEGRON has a criminal history that includes ▮▮▮▮▮▮▮▮▮



117.   **Use of Cellular Telephone**.   Boston Police seized two cellular telephones from NEGRON incident to his arrest.   I called ▓▓▓▓0851 shortly after the arrest and my telephone number appeared on one of the phones.   Previously, on **January 17, 2017**, DEA obtained authority to obtain precise location information concerning NEGRON's phone - ▓▓▓▓0851.   The data showed that the user of ▓▓▓▓0851 resided at ▓▓ ▓▓▓▓▓▓   Since NEGRON's arrest, the data confirms that the phone is in police custody.

118.   **Use of ▓▓▓▓-0851 by NEGRON on the day of his arrest.**   Use of ▓▓▓▓ ▓▓▓▓ to store drugs and a gun.   Investigators began the renewed interception of TT #5 on **January 27, 2017 at 3:00 pm**, and immediately intercepted a call (Call 12259 at 3:08 pm), in which BULTO, using ▓▓▓▓0851, told ALEX over TT #5 that he had a problem with someone and had to take out the gun, and now the cops are all over and he was going to surrender himself.   ALEX told him not to go outside, but BULTO insisted and said "I have Carlos anyway, I left everything organized."   In a later call, BULTO told ALEX, "I need to take this out of here Antonio, because look, the police is there with them (the 'junkies' who called the police), they (the police) went to the wrong building,

they went to Wilmi's building (the building next door – ████████████████████

They want to know where I have the room, so they can come here and break everything."

**At 4:01 pm** (Call 12279), ALEX called ██████9597 and spoke with an unknown male previously referred to as "Carlos." Carlos told ALEX that "he" (BULTO) was arrested. ALEX asked if he (BULTO) hid everything. Carlos said no, that "everything is in the kitchen." ALEX told Carlos to take "the microwave and the stove apart, and to hide everything there." Carlos said he will see what he can do. **At 4:19 pm** (Call 12285), Carlos said he hid the stuff in the stove. Later, ALEX asked Carlos what "his" real name was and Carlos said he needed to check. He then called back and said "Edwin Padilla." (Calls 12322 and 12323). **At 7:46 pm**, Carlos called and asked, "Wilmi wants some of the hard stuff, the crack, but I don't know at how much is BULTO selling that thing." ALEX replied, "At one and a half, same as the cocaine." I believe these calls show that ALEX instructed "Carlos" to hide drugs inside BULTO's apartment at ████████████ ██████ and that Carlos later used the apartment to sell drugs to Wilmi (HERNANDEZ-DIAZ).

119. **Residence.** I know ████████████████ is a three story, multi-unit apartment building. I believe NEGRON, a/k/a "BULTO," resides within Apartment 6 based on surveillance and intercepted calls. In particular, on **December 29, 2016**, Alex received an incoming call (9987) from another male using telephone number ██████4794. The male told ALEX, "I'm outside." ALEX then instructed the male, "Come up to the number 6 in the second floor, in the ████ of Luisito's, Bulto, here, you know." Investigators have been inside ████████████████ and confirmed to me that Apartment 6 is on the third floor, to the right side when looking toward the building from the street.

77

I believe ALEX mis-spoke when he said Apartment 6 was on the "second floor," and that he meant it was up two flights of stairs.

120.     **Prior to NEGRON's January 27, 2017 arrest, there were numerous calls indicating that ALEX and BULTO used** ▓▓▓▓▓▓▓▓▓ **Apartment 6 as a location to store, prepare, and distribute heroin, fentanyl, and other controlled substances.**   For example, on **December 19, 2016, at 12:21 p.m. (Call 8300)**, TT #5 received a call from BULTO (▓▓▓▓ 0851) and BULTO asked about "the work" ALEX got.   ALEX said the "yellow stuff looks kind of weird" and that "the guy (referring to TRAGA) cooks good, but the work looks ugly."   BULTO asked "how much of that stuff" was there and ALEX said he had "a lot."   BULTO said the work "looks ugly," but a couple of "black dudes like the stuff cooked."   BULTO said that he "threw 3 ounces" and he was "dying there."   Based on this call, I believe that ALEX distributed some of the heroin/fentanyl he received from TRAGA to BULTO, and they discussed its quality and how other customers responded.   At 2:10 p.m. (Call 8332), ALEX called BULTO and said that there is "going to be more of that stuff because I already asked the guy (TRAGA) for more."     ALEX said that the "stuff" was "real good."   I believe this conversation continued the discussion of the quality of the drugs they obtained from TRAGA and how best to prepare them for distribution.   **At 7:20 p.m. (Call 8404),** BULTO called and said he was "finishing with the flat."   ALEX said, "I have a hard one."   BULTO asked ALEX, "Where are you?"   ALEX answered, "I'm going to be on my way to where you are."   I believe "the hard one" was more heroin/fentanyl, and that ALEX agreed to distribute it to BULTO (because he was on his way to where BULTO was).

121. **On January 5, 2017, at 3:08 p.m. (Call 11335), ALEX called BULTO and BULTO said he was working.** ALEX asked, "Is it cocaine?" BULTO said it was. ALEX said he had "half broken apart at the house" and "grabbed two of those and broke one." He added that at 6 p.m. he was going to get "three more on credit." I believe this call shows ALEX and BULTO are distributing cocaine in addition to heroin and fentanyl and use their residences to receive, store, prepare, and distribute the drugs. **On January 7, 2017, at 1:47 p.m. (Call 11863),** ALEX received a call from UM 7650, who asked, "Antonio, can you get me any of the white stuff, at least one little number?" ALEX replied, "I always get that, yeah. Whatever you want buddy. Head to the 580 at the Blue Hill, I'm going to tell the guy to bring it down for you now. Give him 30, 40 pesos." **At 1:48 p.m. (Call 11865),** ALEX called BULTO (███████0851) and said, "There's a kid that wants a number. 50 pesos of the white stuff. He is at the liquor store parking lot, bring it to him." BULTO said he would. **At 3:08 p.m. (Call 11883)**, ALEX called and said, "I can give you the grease daily." UM 7650 said he did not "need to grab much, only 10, 15, because it's only 3 people. I grabbed 10 yesterday, and when I'm done with that, I will call." ALEX told him, "At 600, but a shit that holds 4 and 5 and of the white stuff and the brown one, both of them." UM 7650 said, "At 10 of the white one, I add 6 at 60." ALEX said, "That's how I give it to you, just like that." ALEX told UM 7650 that "you grab the white one and throw 1 or 2 grams of the black/brown one in it, and people are going to be calling." ALEX said to "try it one day, to mix it; they like it more like that. That makes it better, you know, because the white one puts them like dead, and the brown one leaves them like asleep, and they like it more. That's what they like. When they do that, you understand me? The white one don't let

them go, the white one is the one that keeps them like crazy." I believe these calls show ALEX instructed BULTO to deliver take a fentanyl/heroin mix from the apartment at ▓▓▓ ▓▓▓▓▓▓▓▓▓ to UM 7650.

122. **After his January 27, 2017 arrest, NEGRON remained in custody for several days.** On **January 30, 2017 at 1:51 p.m. (Call 12775),** ALEX spoke to an unknown male (UM 7650) about getting bail for "Luis BULTO" and said he "is a guy who works with me." Also, **on January 30, 2017 at 7:32 p.m. (Call 13042),** ALEX told KIKO (UM 8336) that he was at "the 580." At **7:55 p.m. (Call 13047),** ALEX told KIKO that "Immigration just released Luisito."

123. NEGRON was later released and returned to reside at ▓▓▓▓▓▓▓▓ which I know based on surveillance and intercepted communications. For example, on **February 2, 2017**, investigators tracked ALEX in the gray Acura registered to RODRIGUEZ from his residence at ▓▓▓▓▓▓ to the vicinity of ▓▓▓▓▓ ▓▓▓ As the Acura arrived **at 1:23 p.m.**, ALEX communicated with NEGRON (who was using new number ▓▓▓3325 and identified by monitors using voice comparison. His previous phone remained in police custody.), saying, "I am getting to your house. Are you there?" NEGRON replied, "Yes." **At 1:53 pm**, investigators observed ALEX exit the common doorway to ▓▓▓▓▓▓ enter the Acura, and drive off.

**20) Jose NARVAEZ-ARROYO, a/k/a Juan Manuel SERRANO-TEJEDA, a/k/a UM 6922, a/k/a "PACHA."**

124. PACHA is the user of telephone number ▓▓▓6922 (PACHA Target Phone). He brokered the sale of a kilogram of fentanyl or cocaine on **January 3, 2017**, and

brokered the attempted sale of two kilogram of fentanyl or cocaine on **January 5, 2017**. Investigators observed him both times operating a Honda Accord (MA plate 4PS 295).

125.     **Identity.**   On **January 24 and 25, 2017**, investigators conducted surveillance operations using court authorized warrants for precise location data for the PACHA Target Phone.   On **January 24 at 3:10 pm**, data placed the PACHA Target Phone in the area of the intersection of Homestead and Walnut Streets in Boston and, **at 3:15 pm**, MSP Trooper Jeff Whitehead observed the same Honda Accord (MA plate 4PS 295) parked curbside outside of ▆▆▆▆▆▆▆Street. On **January 25, 2017**, using the precise location data for the PACHA Target Phone and physical surveillance, investigators observed PACHA driving the Accord in Boston, and requested that Boston Police conduct a traffic stop.   Boston Police Officer Casey King conducted the stop and reported that the driver (PACHA) provided a Dominican Republic driver's license in the name of Juan Manuel SERRANO-TEJEDA (Dominican Republic Cedula number ▆▆▆▆ ▆▆▆▆▆▆. He also provided Officer King with a telephone number of ▆▆▆▆6922 (the PACHA Target Phone).   Investigators ran the name Juan Manuel SERRANO-TEJEDA with the given date of birth through a law enforcement database and it matched to an FBI number.   Investigators then ran FBI number through the Joint Automated Booking Station (or "JABS," which is a database for all federal arrests) and it matched for Jose NARVAEZ-ARROYO, who has been arrested for ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ I have reviewed the photos on file for NARVAEZ-ARROYO and SERRANO-TEJEDA and

both depict the person I have observed on surveillance known over the intercepts with ALEX as PACHA.

126.     **Probable Cause**.   Based on the intercepted calls set forth above, PACHA brokered the sale of a kilogram of drugs to ALEX on January 3, 2017, and tried to broker the sale of an additional two kilograms (that ALEX intended to steal) on January 5, 2017. The precise location data and intercepted communications reveal that PACHA is currently admitted to a Boston hospital in connection with a heart condition.

**21)Malvin BERRIOS, a/k/a "BORI;"** ▆▆▆▆▆▆ **Fall River**

127.     Malvin BERRIOS, a/k/a BORI, a/k/a UM 3101; age 34, is a Hispanic male who resides at ▆▆▆▆▆▆ Second Floor, Apartment # 3, Fall River, MA.   He was identified as the user of cellular telephone number ▆▆▆ 3101 and the intercepted communications and other evidence tend to show that BERRIOS receives drugs from ALEX that he re-distributes to others.

128.     **Identity.**   In or about **January, 2017,** I learned that the Fall River Police Department has worked with a confidential informant who has knowledge of the drug trafficking activities of Malvin BERRIOS, a/k/a "BORI," at ▆▆▆▆▆▆ Second Floor Apartment #3, Fall River.   The CI ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ On **January 12, 2017,** I met with Fall River Police Officers working with the CI and learned from them that the CI confirmed that BERRIOS uses ▆▆▆ 3101, lives at the ▆▆▆▆▆▆ apartment, is known as "BORI," and deals cocaine, crack cocaine, and heroin. BERRIOS's criminal

history includes ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

and gave ████████████ 2nd floor, Apt 3, Fall River, MA as his address ██████████

129.   **Residence**.   In addition to the information from the CI and ██████ officials, RMV records reveal BERRIOS has an Identification Only card listing an address of ████████

██ 2nd floor #3.

130.   **Probable Cause.**   Based on the intercepted communications between BERRIOS and ALEX, I believe he obtains drugs from ALEX and redistributes the drugs he receives.   He also uses his residence to receive, store, prepare, and distribute drugs.   For example, **on August 24, 2016 at 5:08, 7:31, 8:01, and 10:38 p.m. (Calls 2891, 2906, 2910, 2934)**, ALEX spoke to BERRIOS in four calls to arrange the delivery of "106 cooked and an ounce of the soft."   Based on my training and experience and this investigation, I believe that cooked and soft are references to drugs prepared for distribution.   **At 5:08 p.m**., ALEX asked if BERRIOS was finished.   BERRIOS replied that he had "only a little left."   ALEX said, "I am going to cook that for you now for you to start working.   I'll bring it in a while.   100 and 1 of the soft."   **At 7:31 p.m.,** ALEX told BERRIOS that "she will be there in a few minutes.   I sent 106 cooked, and the stuff is killer."   He said he also sent "one ounce of the soft."   BERRIOS told ALEX to "tell her to come up here."   **At 7:54 p.m.,** Task Force Officer (TFO) Daniel Dube observed RODRIGUEZ enter a gray Honda Accord, which was parked in front of ██████████ in Fall River.   Officers followed as RODRIGUEZ drove to ██████████████.   **At 7:59 p.m.,** Bristol County Sheriff's Deputy Michael Nunes observed RODRIGUEZ exit the

Accord and walk towards ▓▓▓▓▓ Street (the building next to ▓▓▓▓▓▓▓▓ and out of view. At 8:01 p.m., ALEX said, "She is there." **At 8:04 p.m.,** Deputy Nunes observed RODRIGUEZ walk past ▓▓▓▓▓ Street, re-enter the Accord, and depart. **At 10:38 p.m**., ALEX called to ask if BERRIOS's people "liked the work." BERRIOS replied that they had "not said anything yet."

131.    **On October 23, 2016, at 8:52 pm**, ALEX called BERRIOS to broker a drug distribution between BERRIOS and a male identified only as "Omar." ALEX asked if BERRIOS had $160 worth of narcotics. BERRIOS said he did, and told ALEX to send Omar to ▓▓▓▓▓ Street. ALEX then called and told Omar to go to ▓▓▓▓▓ Street. Moments later, ALEX confirmed with BERRIOS that his address was ▓▓▓▓▓▓▓▓ and then called Omar back and told him to go to ▓▓▓▓▓▓▓

132.    Likewise, **on December 14, 2016, at 4:16 p.m. (Call 7476),** ALEX called BERRIOS to account for how much money BERRIOS owed. BERRIOS said, "I have five from your stuff. First, I gave you four. There were four. You gave seven, and like 17, 18 grams, right?" ALEX agreed, and BERRIOS continued, "You need to give me back a seven, forget about that. Let's say the amount of the 7½, and I have five there, I gave you four, that is nine. What I miss are 1½. I still have work left there. So, from what is mine, to get to the 200 I'm short on, 900 pesos, so I am waiting for the guy to finish, and I have the money, the 100 from my brother. So I have in total your five, and I owe you two, don't I?" ALEX agreed. BERRIOS asked for "3½ more loose," and ALEX said, "She will be there in 40 minutes." In subsequent calls, they confirmed that RODRIGUEZ met BORI in Fall River.

133.     In addition, on **January 4, 2017, at 1:12 p.m. (Call 11035),** ALEX spoke to

BERRIOS, who said, "It's two and a half, right?   One done and two without being done.

I mean, one and half without being done."   ALEX clarified, "What happens is that I had

those 100 there.   I took two things, I took 50 of each and threw it, and I gave it to you.

That thing goes up, a lot!   I threw 100 and it went up to 114.   You can throw that with

closed eyes, what I sent you is the best out there.   You can throw it with your eyes closed

and bring it down to oil."   BERRIOS said, "It has a terrible smell, like fumigating

smell."   ALEX said, "That kills people.   Yesterday I gave some to a friend of mine, and

he said, 'Damn! What have you given me!'"   BERRIOS responded, "Okay then, that's

good."   I believe that in this call ALEX was promoting the strength of the drugs he had

distributed to BERRIOS and bragging about the reports he had received from drug users

to whom he had distributed part of the drugs.

     **22) David TEJEDA, a/k/a UM 3886;** <span style="background-color:gray">      </span> **New Bedford**

134.     David TEJEDA, a/k/a UM 3886; age 34, is a Hispanic male who resides at <span style="background-color:gray"> </span>

<span style="background-color:gray">    </span> New Bedford, MA, used telephone number <span style="background-color:gray">  </span>3886, and now uses

telephone number <span style="background-color:gray">  </span>7546.   TEJEDA was identified as the user of the phones by

record searches, surveillance, and the communications themselves.   The intercepted

communications and additional evidence show that TEJEDA obtains drugs from ALEX

and re-distributes them to others.

135.     **Identity.**   Investigators identified TEJEDA based in part on intercepted

communications, in which ALEX refers to TEJEDA as "David." Investigators also

searched the telephone number <span style="background-color:gray">  </span>3886 in Facebook, and learned that it was

associated with a "David Tejeda." When ALEX and RODRIGUEZ communicate with

TEJEDA about delivering drugs to him, RODRIGUEZ (based on the tracking device in her vehicle, as well as very limited physical surveillance) travelled to the area of ██ ██████████ in New Bedford. In addition, he was identified after intercepted communications on **February 1, 2017,** as set forth in detail below. TEJEDA's criminal history includes ████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████.

136.   **Residence.**   I believe based on intercepted communications and surveillance that TEJEDA resides at ████████████ in New Bedford and uses the residence to receive, store, prepare, and distribute drugs.   On **January 27, 2017 at 5:12 pm (Call 12298),** TEJEDA called ALEX and asked, "if you think that it is too late to send the guy over, so he brings me the thing."   ALEX said, "Send me the address."   **At 5:14 pm (Call 12301),** TEJEDA texted to TT #5 the address "████████████ New Bedford." **At 5:19 pm**, ALEX called back and asked, "What are you going to need?"   TEJEDA replied, "I wanted to see if you could send me 40 of the white and 30 of the brown." ALEX said he could and asked, "And cut, you don't want any?"   TEJEDA answered, "Yes, of course.   Like 200, 300 of cut, or whatever you have."   **At 7:12 pm (Call 12332)**, Yanna CABRAL, a/k/a "JOA," who is ALEX's girlfriend and the mother of one of his children, called ALEX and said, "Listen, tell David (Tejeda) that I'm here outside. I left my phone there." ALEX immediately called TEJEDA and said, "She is already there."   Within minutes, JOA called back and said, "I already gave him that."   ALEX asked, "And did he give you some money?" and JOA said, "Yes.   I'm already on my way."   An hour later (Call 12342), JOA called and said she was home and asked "how

much do you pay for the taxi" to and from New Bedford.   ALEX said "One and a half, and I give them 200 for the round trip." I believe this series of calls showed that ALEX directed CABRAL to deliver to TEJEDA 30 grams of heroin, 40 grams of "white" (cocaine or fentanyl), and 200-300 grams of cut.   I further believe the investigation shows that CABRAL delivered the drugs to TEJEDA's residence at ▮▮▮▮▮▮ in New Bedford, and that it tends to show that TEJEDA stores and prepares drugs there.

137.   **On February 1, 2017**, investigators conducted physical and enhanced surveillance in coordination with intercepted communications that revealed that ALEX and CABRAL traveled from ▮▮▮▮▮▮ Boston to ▮▮▮▮▮▮ in New Bedford and met outside of the residence. **At 12:57 pm (Call 13085)**, TT #5 communicated with ▮▮▮7546 and the caller first spoke to CABRAL and identified himself as "David" and asked if "the man" was there.   TEJEDA then told ALEX that this was his new number.   He then said, "I am calling you, for you or anybody, to come by to pick up the 1,000 pesos that I always give you."   ALEX said he would be by later himself, and would bring 200 grams of cut.   ALEX asked him to send his address again. **At 1:00 pm (Call 13093),** ▮▮▮7546 sent a text to TT #5 that said, "134 chestnut st new bedford mass 02740."   Investigators observed TEJEDA leave ▮▮▮▮▮▮ in a Nissan Murano **at 4:09 pm**, and ALEX arrive there at 4:12 pm.   **At 4:14 pm (Call 1309),** ALEX called TEJEDA and said, "I'm outside."   TEJEDA said, "I am going to need to give you that and I am the only one who can enter there. I will give you that outside. Because I need to pick up my wife there at work. I am here with the money.   I will give it to you right away outside."   ALEX asked, "And what are you going to do with the cut?"   TEJEDA said, "I will grab it and I will put it at the door now."   **At 4:17**

**pm,** TEJEDA arrived back in the Nissan Murano (which according to RMV records is registered to Eva TEJEDA-COLLADO of 54 State Street, New Bedford) and parked behind ALEX's Acura.   After TEJEDA met with ALEX and CABRAL, investigators followed as TEJEDA drove the Murano to a medical center in Dartmouth and picked up TEJEDA-COLLADO.   Shortly after, investigators coordinated with the Massachusetts State Police to effect a traffic stop during which the driver produced a Massachusetts driver's license with his photograph bearing the name David TEJEDA, and an address of ▆▆▆▆▆▆▆▆ New Bedford, MA.   The female identified herself as his wife, Eva TEJEDA-COLLADO.

138.   **Probable Cause.**   Based on intercepted communications and other investigation, I believe TEJEDA obtains drugs from ALEX and re-distributes the drugs he receives. For example, on **December 14, 2016 at 10:33 am (Calls 7391 and 7392)**, ▆▆▆▆3886 (TEJEDA), sent two texts to TT #5 that read, "Buddy do you have the brown one that is darker?" and "I got a complaint that he does not like that one very much."   I believe in these texts, TEJEDA is requesting heroin of better quality than he received from ALEX because a customer complained.

139.   In addition, on **December 19, 2016, at 2:52 p.m. (Calls 8345, 8347, 8350),** ALEX contacted Glendalee RODRIGUEZ and David TEJEDA about a money pickup. RODRIGUEZ said, "Call him and tell him that I'm going to be there in five minutes. Does he have to give me anything?"   ALEX said he would call and said, "He has to give you 1,500 and 1,200."   ALEX then called ▆▆▆▆3886 and said to TEJEDA, "She (Glenda) is going to be there in three minutes."   RODRIGUEZ later called and said, "He

gave me 1,700 and 1,100." I believe these communications show RODRIGUEZ collected drug proceeds from TEJEDA.

140.     Moreover, **on December 21, 2016, at 12:47 p.m. (Call 8594),** ALEX used TT #5 to call TEJEDA's ⬛⬛⬛3886, and TEJEDA said, "Don't worry, because I have enough there.   They told me that it is not like before and to fix it."   ALEX said, "We need to put it stronger."   UM 3886 agreed, "Totally, for them to be happy.   But if you can move it like this I told him that I could drop the price. In that way, I get out of this, and I take something new and pay everything at once. They complain, but they keep calling.   So I'm like, okay let's see."   ALEX agreed.   I believe that in this call, TEJEDA informed ALEX that he still had heroin on hand to distribute, and that his customers thought the product was poor quality, but were still buying it.

141.     Finally, **on January 3, 2017 at 1:22 p.m. (Call 10839),** ALEX called TEJEDA at ⬛⬛⬛3886 and asked, "How was it that you wanted of that thing?"   TEJEDA replied, "Send me 40 of the white."   ALEX asked, "Okay, do you have brown?"   TEJEDA replied, "No, I don't have brown.   You have to send me, but I want of the light brown. Do you have that one?"   ALEX said he did, it was "white, the one they liked at the beginning.   I'm going to send you . . . I have 30 left of that one."   TEJEDA said, "Alright, so send me 30 and 30 then, however you want."   I believe this call concerned deliveries of heroin ("brown") and fentanyl ("white") and that these and other calls reveal that TEJEDA regularly obtains drugs from ALEX.

   **23) Isis Y LUGO-GUERRERO, a/k/a Izzy, a/k/a UF 9608;** ⬛⬛⬛⬛ **Boston**

142.     Isis Y LUGO-GUERRERO, a/k/a Izzy, a/k/a UF 9608; age 44, is a Hispanic

female who resides at ▓▓▓▓▓▓ Third Floor Apartment, in the Dorchester section of

Boston, MA.   LUGO-GUERRERO was identified as the person who uses telephone

number ▓▓▓▓9608.   Based on the intercepted communications and additional

evidence, I believe LUGO-GUERRERO distributes drugs in conjunction with ALEX,

and also uses her residence to receive, store, prepare, and distribute drugs.

143.     **Identity and Residence**.   ALEX refers to the user of that number as "Izzy" and

as his sister.   ALEX also frequently referred to being at "Izzy's place" when he either told

people he was at ▓▓▓▓▓ or investigators placed him there via physical or enhanced

surveillance.   I also know based on RMV records that Isis Y. LUGO-GUERRERO has a

vehicle registered to her at ▓▓▓▓▓▓   I also know Lugo-Guerrero appears to be

ALEX's family name, as his relatives are listed as having that name in places like

Facebook.   I do not believe LUGO-GUERRERO has any significant criminal

convictions.

144.     **Probable Cause**.   Based on intercepted communications, I believe she is

ALEX's sister and also receives drugs from him and re-distributes them.   For example,

on **November 8, 2016 at 12:19 p.m. (Call 6417),** ALEX received a call from ▓▓▓▓-

9608 and LUGO-GUERRERO asked ALEX to send her "the same stuff" with Glenda

(RODRIGUEZ). LUGO-GUERRERO complained that "WILMI and JOSIEL" sold her

"900 pesos" worth, but "the stuff didn't even pass with a zero."   ALEX said he would

talk to him.   LUGO-GUERRERO said to "tell WILMI" to give her the money back

today, "or there will be trouble."   ALEX later spoke to WILMI (HERNANDEZ-DIAZ,

Call 6462) and referred to LUGO-GUERRERO as "IZZY."   I believe in these calls

LUGO-GUERRERO asked ALEX to send her more drugs ("the same stuff"), that she complained about the quality of drugs she obtained from HERNANDEZ-DIAZ and MORALES-ORTIZ, and that she wanted ALEX to tell WILMI to refund her money.

145. On **December 13, 2016, at 8:43 p.m. (Call 7328),** TT #5 called ▮▮▮9608 and ALEX told LUGO-GUERRERO, "I'm going to send Glenda to you now. I'm going to send a seven for you, you heard?" LUGO-GUERRERO replied, "Alright." I believe in this call, ALEX informed LUGO-GUERRERO that he was sending her more drugs ("a seven").

146. Additionally, on **December 27, 2016, at 10:04 p.m. (Call 9748),** TT #5 received a call from ▮▮▮9608 and LUGO-GUERRERO asked ALEX, "Still haven't found anything yet?" ALEX said, "Nothing yet." LUGO-GUERRERO said, "Oh my, I need something, I don't have anything." ALEX said, "I have a bunch of people on hold." LUGO-GUERRERO said, "But you had that, and you left it for Luisito (BULTO). I need something." ALEX corrected her, saying, "No, I sold him 200." LUGO-GUERRERO continued, "Oh, I need to find something then, because I have nothing left. And from who?" ALEX said, "But don't get desperate, and just grab a three and a half." LUGO-GUERRERO said, "But from whom? I don't even know." I believe that in this call LUGO-GUERRERO told ALEX she needed more drugs to sell.

147. I further believe that LUGO-GEURRERO provided the 200 grams of cut that was seized from Daniel Emery on **December 29, 2016,** along with 50 grams of heroin and 50 grams of fentanyl (see ¶ 41). In particular, **at 1:05 p.m. (Call 9917),** about an hour before ALEX gave the heroin, fentanyl, and cut to Emery, he called LUGO-GUERRERO at ▮▮▮-9608 and asked her, "Do you have any of the black 'cortina' (cut) around?"

LUGO-GUERRERO said she did, and ALEX said, "There's a guy that wants 200, but he pays it at peso, 200 pesos." LUGO-GUERRERO agreed to provide the cut, ALEX told her to "weigh it there." As set forth above, ALEX provided the drugs and cut to EMERY inside ████████ Based on this evidence, I believe both ALEX and LUGO-GUERRERO store drugs, cut, and other packaging material at ████████ Apartment Three.

148.     Based on the circumstances and my training and experience, I know that heroin, fentanyl, and cocaine dealers keep their product and the cash proceeds generated from their sales in a safe location, typically their residence. In order to facilitate their drug trafficking activities, I know that traffickers also keep at hand the items they need to facilitate their business and that those items include baggies and packaging material, scales, records recording the debts and telephone numbers of customers and sources of supply, and cellular telephones to communicate with customers and suppliers. I also know generally people keep within their residence documents that tend to show that they live there, such as mail addressed to them, and financial records. Accordingly, I further believe that there is also probable cause to believe that Target Subjects keeps the items listed in Attachment A at the respective Target Locations in order to facilitate their trafficking activity. I submit that there is probable cause to believe, and I do believe that, the Target Locations presently contain illegal drugs, proceeds gained from the sale of such drugs, and the other items in Attachment A, which are contraband, evidence, and instrumentalities of the drug offenses described in my affidavit. Accordingly, I request that the court issue the search warrants requested in these applications.

149.    I further request, that with respect to the search warrant for ████████████ Second Floor, Mattapan, that the court issue a so-called "no-knock" warrant and permit execution at any hour of the day or night, as, based on the evidence set forth herein, ALEX is a particularly dangerous offender, uses and has access to firearms, engages in the dangerous business of robbing drug dealers, and has spoken in violent terms about his prior conduct.   For the safety of officers and all concerned, a no-knock, all hours warrant is requested.


_____
CARL RIDEOUT
Special Agent
Drug Enforcement Administration


Sworn and subscribed to before me this ___ day of February, 2017, in Boston, Massachusetts.

Feb 10, 2017

_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS