IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
         v.                   ) CRIMINAL NO. 1:17-CR-10067-LTS
                              )
FERNANDO HERNANDEZ ET. AL     )
```

<u>FINAL STATUS REPORT</u>

The defendants are charged with conspiring to distribute heroin and fentanyl.  21 U.S.C. § 841(a)(1) and 846.  The case arose from a two month wire-tap investigation of the lead defendant.

Pursuant to Local Rule 116.5(b), the government submits the following joint status report.

1. **Automatic Discovery and Discovery Requests**

The government has provided initial automatic discovery and responded to any requests for additional discovery.

2. **Timing of Additional Discovery**

The government does not anticipate sending out additional discovery until a month before trial, absent any additional requests for discovery.

3. **Timing of Additional Discovery Requests**

The defendants requested an additional four weeks to make discovery requests.  None have been received.

1

4. **Protective Orders**

The government obtained a protective order concerning discovery of wire-tap materials from the district court judge who supervised the wire and electronic interceptions.

5. **Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b).  They reserve the right to file after additional review of discovery.

6. **Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures.  The government submits that drug analysts and agents will be the only expert witnesses likely to be called by the government as to the present charge.  Accordingly, the government submits that expert disclosures 30 days before trial should be sufficient.

7. **Defenses**

The defendants have not indicated that they intend to raise any affirmative defenses to the present charges.

8. **Excludable Delay**

Zero days of non-excludable time have accrued and 70 days will remain under the Act in which the case must be tried.

9. **Plea Discussions, Trial**

The defendant Marisa Ruiz died of a suspected drug overdose on or about June 3, 2017, and the government will file a motion to dismiss.  Defendants Fernando Hernandez, Jose Arias, John Tanguay, Stephanie O'Sullivan, and Roger Longmire pled guilty.  Many of the defendants have been released from custody on conditions that include the successful completion of an in-patient drug treatment program.  It appears to the government that a majority of the defendants will resolve their cases short of trial.  The government anticipates that any trial will take one to two weeks to complete.

Respectfully submitted,

WILLIAM WEINREB
Acting United States Attorney

By:

*/s/ Theodore B. Heinrich*
THEODORE B. HEINRICH
Asst. U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Theodore B. Heinrich*
THEODORE B. HEINRICH
Assistant U.S. Attorney

November 8, 2017