IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
         v.                   ) CRIMINAL NO. 1:17-CR-10067-LTS
                              )
FERNANDO HERNANDEZ ET. AL     )
```

## FINAL STATUS REPORT

The defendants are charged with conspiring to distribute heroin and fentanyl. 21 U.S.C. § 841(a)(1) and 846. The case arose from a two month wire-tap investigation of the lead defendant.

Pursuant to Local Rule 116.5(c), the government submits the following joint status report. Defendant Jose Arias has been sentenced. The defendants Fernando Hernandez, John Tanguay, Stephanie O'Sullivan, and Roger Longmire have entered pleas of guilty and are awaiting sentencing. Defendant Marisa Ruiz's case has been dismissed following her death from a drug overdose. The defendant Carlos Miguel Gonzalez-Figueroa remains a fugitive.

Counsel for Crystal Rivera reports that she will be filing a motion for a Rule 11 plea hearing. Counsel for Omar Guzman reports that the case may be resolved by plea, but it is ready in any event to be sent up to the District Judge. Counsel for

1

Daniel Wren has yet to respond but previously reported a plea was likely.

The government has provided initial automatic discovery and responded to any requests for additional discovery. The government does not anticipate sending out additional discovery until a month before trial, absent any additional requests for discovery.  The defendants previously requested an additional four weeks to make discovery requests.  None were made. Consequently, all discovery requests have been resolved.

No motions under Fed. R. Crim. P. 12(b) have been made.

Any trial of the remaining defendants will take 3-7 trial days.

The Court should exclude the time between the final status conference and the initial Pre-trial Conference before the District Court Judge in the interests of justice.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:

    */s/ Theodore B. Heinrich*
    THEODORE B. HEINRICH
    Asst. U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                        */s/ Theodore B. Heinrich*
                                        THEODORE B. HEINRICH
                                        Assistant U.S. Attorney

January 29, 2018